# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

CHERIANN DELEON _____, Plaintiff

v.

HEALTHONE of Denver, Inc. Colorado Corporation
One Park Plaza
Nashville, TN. 37202-0160 _____,
C/o Registered Agent
CT. Corporation System _____,
7700 E. Arapahoe, Suite 220
Centennial, Co 80112 _____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2020

JEFFREY P. COLWELL
CLERK

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Cheriann Deleon, 1164 W.96thPlace, Thornton. Co·80260
(Name and complete mailing address)

(303)430-1420   Cherid@live.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Healthone of Denver, Inc. Colorado Corporation, One Park Plaza, Nashville, TN 37202-0750
(Name and complete mailing address)

N/A
(Telephone number and e-mail address if known)

Defendant 2: C/o Registered Agent, CT-Corporation System 7700 E. Arapahoe Suite 220 Centennial, Co 80112
(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

X Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____ Other: (*please specify*) _____

2

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   American Disability Act

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                             ____ different terms and conditions of employment

____ failure to promote                     ____ failure to accommodate disability

__X__ termination of employment     ____ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race              ____ religion          ____ national origin          ____ age

____ color            ____ sex                __X__ disability

Supporting facts:

Anxiety / Cancer
attached Intermitten Time away from work
dated September 02, 2015. As of January 2017
Healthcare mangers, removing my scheduled assignments
Requesting follow up with DR. concerning symptoms
related to Time away from work. I Believe sufficient
documentation attached with lable D. Claim one

3

COMPLAINT

Cheriann DeLeon, 1164 W. 96th Place, Thornton, CO 80260.

EEOC charge No. 32A-2019-00038   FEPA charge No. FE2019351433

v.

HealthOne of Denver, Inc. Colorado Corporation, One Park Plaza, Nashville, TN. 37202-0750

C/O Registered Agent, CT-Corpration System, 7700 E. Arapahoe, suite 220, Centinnial, Co 80112.

April 28, 2020

Alfred A. Arraj United States Courthouse, 901 19th Street. Room A105, Denver, CO. 80294-3589

The claim(s) brought against HealthOne of Denver. Inc. Colorado Corporation. C/O Registered Agent, CT-Corpration System, I believe to be sufficient to support claims. HealthOne failed to follow there own companies  Attendance & Tardiness, policy.  Believe HealthOnes awariness of protected disability, in place,  at time Attendance & Tardiness was addressed by the Floatpool management team.  Confused, with request I was Removed from scheduled assignments, with concern for my health and safety.  Aspirated my symptoms Anxiety/Cancer caused reaccurance.  Requested Leave of Abscence, the stress and anxiety management caused.

Management requested appointment with Doctor to clarify the symptoms are relavent and correctly approved by Time Away From Work being correctly reported.  I contacted Dr. ements request, expressed the stress I was under.  Expressing concern regarding the excessive actions.  The pressures of managements inability to follow companies own policy. I injury was out of my control, management having authority to review the circumstance and the

1

relentlessness way management advanced corrective actions, was damaging and feeling managements placing goals, and failing to properly address the conflicting dates refering to excessively violating policy, acting unlawfully, according to American Disability Act.

Released by Dr. to return with restrictions. I reported to assignments scheduled incident shattered my Left arch requiring 2 surgeries. First surgery which repaired fractured arch, second surgery removing hardware placed to repair shattered arch. I reported the unschedule envent to management disciplinary action for attendance resulted in a written warning, disciplinary corrective action, violating attendance policy. returning to work with restrictions, incident did not affect my performance and ability to perform job duties required. I believe sufficient to supporting claims against HealthOne, Registered Agent, CT-Corporation System.

Communication between management was via e-mail, scheduling completed 30 days in advanced, Heathone and management team inaccurately reported disciplinary actions and concerns, I neglected improvment with goals placed by Hr and management. I believe Healthones management had provided false sequance of time lines, I continued to work well clinics scored 4 out of 5 on performance evaluation from Clinics assigned. Five years with HealthOne, appreceiate the experiance gained during this time employed company.

Surprised to learn concerns regarding, Attendance policy that began, 2017. ultimatly,

resulted with adverse action, placed without the review of complaints and concern the management team inappropriately classified termination, I was not treated like the other 31 employees terminated. I feel healthone was File building. Management clearly dismissed protected disability, corrective actions interferring with protected diagnoised Anxiety/Cancer, protected under The American Disability Act. I believe sufficient to support claims.

2

CLAIM TWO: _American Disability Act_

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire                    ___ different terms and conditions of employment

___ failure to promote                 ___ failure to accommodate disability

___ termination of employment          X retaliation

___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race          ___ religion          ___ national origin          ___ age

___ color         ___ sex               X disability

Supporting facts: .

Anxiety / cancer

Attached documents, of communication and Healthcare managers disciplinary corrective actions for violating Attendance & Tardiness Policy. Reviewing misleading times and dates for occurances listed. Conflicting Sequence. Believe documents sufficient to support claim #2. I believe management to be file building. dismissing companies own Policy for Attendance & Tardiness, ignoring policy stating Protected disability

4

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

      X Yes (*You must attach a copy of the administrative charge to this complaint*)

      ___ No

Have you received a notice of right to sue? (*check one*)

      X Yes (*You must attach a copy of the notice of right to sue to this complaint*)

      ___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* Review, I Believe sufficient to support claim. discrimination against protected disability

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

04.28.2020
_____
(Date)

(Revised December 2017)

5

Time Away from Work Service Center
PO BOX 14674
Lexington, KY 40512-4674



sedgwick®

September 02, 2015

**Phone: (855) 858-7557**
**Fax: (888) 999-7573**

Cheri A DeLeon
1164 W. 96th Pl.
Denver, CO 80260

RE:     **Notice of Eligibility and Rights & Responsibilities**
        **Case Number: 301544398700001IFN**

Dear Cheri A DeLeon:

The Time Away From Work Service Center is the Short-Term Disability and Leave Administrator for your employer. On August 18, 2015, the Time Away From Work Service Center was notified of your request to take Family Medical Leave beginning on August 18, 2015 due to a serious health condition that makes you unable to perform the essential functions of your job..

**Actions Required:**
1.   If you wish to allow the Time Away From Work Service Center to obtain information directly from your doctor, complete the Medical Authorization for Release of Information (ROI) form as soon as possible.
2.   Return the Medical Certification form (completed by your health care provider) no later than September 08, 2015.
3.   If you have requested intermittent leave, you are required to report any time taken under the Family and Medical Leave Act (FMLA) to your supervisor as soon as practicable, consistent with your local facility's practices. You are also required to report all intermittent absences by calling the Time Away From Work Service Center within 48 hours of your shift at (855) 858-7557 and selecting the "Add More Time" option.
4.   If your leave is due to your own Serious Health Condition, you will be required to present a Return to Work Release to be restored to employment at the end of your leave. If such certification is not received, your return to work may be delayed until the certification is provided.

**Basic Eligibility Criteria for FMLA**
- Twelve month length of service requirement (at the time your leave begins)
- 1,250 hours worked during the 12-month period immediately preceding your leave

We have reviewed the request for leave under the Federal Family and Medical Leave Act (FMLA). We are pleased to inform you that you meet the FMLA's basic eligibility requirements. Now we need to gather supporting information to determine whether this case for FMLA protected time off can be approved.

**If you have requested a first day of absence in the future, eligibility will be determined as of that date.  If the number of hours worked in the 12 months preceding your first day of leave is different than the**

Sedgwick Claims Management Services, Inc.

**number of hours verified as of the date of this letter, you may not be eligible for FMLA leave and an amended notice of eligibility and rights & responsibilities will be sent to you.**

**Rights & Responsibilities:**

If the eligibility notice above indicates that you meet the eligibility requirements for taking FMLA leave, you may still have FMLA leave available in the applicable 12-month period.  However, in order for us to determine whether your absence qualifies as FMLA leave, you must return to us sufficient certification to support your request for FMLA leave no later than September 08, 2015.  A certification form that sets forth the information necessary to support your request is enclosed.  If sufficient information is not provided in a timely manner, your leave may be denied.

Please return your completed documentation in the enclosed envelope or to the address below. Keep a copy for your file and send the original to:

**Time Away From Work Service Center**
**PO Box 14674**
**Lexington, KY  40512-4674**
**Fax: (888) 999-7573**

**If your leave does qualify** as FMLA leave you will have the following **responsibilities** while on FMLA leave:
- During your leave, your employer will continue to pay its portion of your health and group benefit premiums and you must pay your share, if any, of the benefit premiums.  During a paid or unpaid leave, your share of the premiums will be direct billed to you at your home.  Please contact BConnected at (800) 566-4114 for more information regarding payments for benefit continuation during your leave.  To speak to an operator, simply say "speak to operator".
- While on leave, you will be required to furnish periodic updates of your status and intent to return to work, upon request, to the Time Away From Work Service Center and your supervisor.

**If the circumstances of your leave change and you are able to return to work earlier than the date you indicated, you will be required to notify the Time Away From Work Service Center at least two workdays prior to the date you intend to report for work.**

**If your leave does qualify** as FMLA leave you will have the following **rights** while on FMLA leave:

- You have the right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as a "rolling" 12 month period measured backward from the date of any FMLA leave usage.
- Your health benefits must be maintained during any period of unpaid leave under the same terms and conditions as if you continued to work.
- You must be reinstated to the same or an equivalent job with the same pay, benefits and terms and conditions of employment on your return from FMLA-protected leave.  (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)
- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a serious health condition  of a covered Servicemember 's serious injury or illness which would entitle you to FMLA leave.

Time Away From Work Service Center
PO Box 14674
Lexington, KY 40512-4674

**sedgwick**®

Phone: (855) 858-7557
Fax: (888) 999-7573

September 02, 2015

Cheri A DeLeon
1164 W. 96th Pl.
Denver, CO 80260

## *Instructions to the Employee:*

1.      Records relevant to your absence are necessary for a determination of eligibility for leave.  It is your responsibility to ensure that:
- The enclosed "Certification of Health Care Provider" form is forwarded to your treating physician immediately.
  - We have provided a Release of Information" (ROI) form which will allow the Time Away From Work Service Center to obtain information on your behalf.  This form is not mandatory.  However, without the ROI, the Time Away From Work Service Center's ability to assist you with your claim will be limited.  If you choose to complete the ROI you should:
    - Fax the signed Authorization to the Time Away From Work Service Center.
    - Give a signed copy to your physician along with the "Certification of Health Care Provider".
- All medical documentation relevant to your leave is received at the Time Away From Work Service Center by the designated due date:  **September 08, 2015**.
  - Your leave may not be approved if the requested paperwork is not submitted timely.
  - Any charges for the requested documentation are your responsibility.

2.      While on leave you will be required to furnish, upon request, periodic updates of your status and intent to return to work to the Time Away From Work Service Center and/or your supervisor.

3.      You are **not** permitted to work for any business entity in any capacity while on a continuous leave of absence.

4.      You will be required to present a Return to Work Release to be restored to employment at the end of your leave if you are out of work for eight or more days. If such certification is not received, your return to work may be delayed until the certification is provided.

5.      The determination of your leave will be made by the Time Away From Work Service Center.

6.      If you have questions or concerns, contact the Time Away from Work Service Center:
- By mail:  Time Away From Work Service Center; P.O. Box 14674; Lexington, KY 40512-4674
- By telephone: 855-858-7557
- By fax: 888-999-7573

Sedgwick Claims Management Services, Inc.

**Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement.**

Medical information you have shared is considered confidential under the Family and Medical Leave Act (FMLA) and the Americans with Disabilities Act (ADA).  This information is only shared when necessary on a need to know basis with your employer, the Time Away from Work Service Center, or outside medical professionals retained to review your leave request in an effort to assist in your return to work and to verify your eligibility for leave.  Return-to-work information (e.g., restrictions) will be shared with your supervisor or Human Resources Department as necessary on a need to know basis.

**The Americans with Disability Act Amendments Act (ADAAA)** – If your leave request is for your own serious health condition and you would like to discuss an accommodation in addition to this request for leave, please contact your local Human Resources Department immediately for further discussion.

Information regarding your claim status, date medical information was last received, anticipated return to work date, and payment information, if applicable, can also be obtained 24 hours a day, 7 days a week through our Interactive Voice Response (IVR) system at 855-858-7557, or login to www.HCArewards.com, click on the Time Away From Work Program icon and the "Submit/View Claims" button. When ViaOne opens, click on the "View" tab and enter your identifying information to search for your claim.
.

If you have any questions, please call me at the Time Away From Work Service Center at 855-858-7557, Monday through Friday 6:00 a.m. – 7:00 p.m. Central Standard Time.

Sincerely,


Denise Franklin
Leave Advocate
Phone: (855) 858-7557
Fax: (888) 999-7573

 

## New Technology - ViaONE Express Mobile Application

Sedgwick's viaOne® express mobile application provides instant access to your case or claim information anytime and anywhere.  It gives you a fast and effective way to view the status of your disability and Leave of Absence claims and cases managed by Sedgwick, as well as the ability to submit any questions you may have regarding claims, forms, benefit plans and more.



| viaOne® express Registration Information |
| --- |
| **Customer ID Type:  Select** - Employee ID |
| **Customer ID:** [Employee ID] |
| **Client Number:** 6065 |

*The new app is now available on the App Store for Apple devices and Google Play for Android devices.*

### Key Features

- **Claim and Case Summary** - View a list of your Short-Term Disability and FMLA/Leave of Absence Claims (open or closed in the last 24 months).
- **Claim Status and Case Details** – View additional information concerning each claim or case.
- **Payment History** – View a payment history log for disability claims that are scheduled or have been issued in the last 60 days.
- **Submit a Request or Inquiry** – Use a secure online form to submit any claim/case requests. For example, you can submit a new Return to Work date, request an extension, indicate your next medical appointment or send a general question to be addressed by your leave advocate.
- **Contact Claim Specialist** – Simply click to call a Sedgwick leave advocate focused on providing live support to answer any questions regarding the claim or case.
- **Notification Preferences** – Select how you would like to receive updates from Sedgwick regarding your claim. You can choose to receive notifications by email, text message* or by phone.

**Time Away From Work Service Center**
P.O. Box 14674, Lexington, KY 40512-4674
Telephone: 855-858-7557 Fax: 888-999-7573

**viaOne® express Technical Support Information**
Sedgwick Technical Support is available at (866) 647-7610, Monday through Friday, 6:00 am to 7:00 pm, (CST)

*Please note that standard text messaging rates will apply.



**Saint Joseph**
HOSPITAL   SCL Health
CANCER CENTERS OF COLORADO

DELEON, CHERIANN                                        MRNH# H0865724

## Phone Consult Note
## Social Work

**Patient Name:** DELEON, CHERIANN            **DOB:** 5/26/1969      **Age:** 47

**Date:** 02/09/17      **Time:** 9:10 AM      **MD:** S Conlon      **MRNH#** H0865724

**Primary Dx:** see below            **Insurance:** Medicaid – N249148

---

**Background: Stage IIB breast cancer:** bx 6-22-11. BRCA negative. Deferred medical attention x 4 yrs. Lumpectomy 12-14-11. **Current Tx plan:** surveillance. Estranged from husband (Mel) of 27 years. Currently living with her mother (Mary Ann) and two grandchildren (4 & 6). She has two sons (27 & 20). Pt works PRN for Health One has front office coordinator x 3 years. Hx of anxiety and depression: taking Celexa. Memory issues. Hx of amphetamine use, per recent MD note. Multiple incidents of family members with cancer. Pt has not met guidelines for grant assistance in the past.

**Summary:** SW reviewed chart and called pt, in response to elevated Med Onc Distress Screen regarding employment and finances. Last SW contact with pt was in January 2012. Last BH contact was in Oct 2014. Pt was not working today and very receptive to SW outreach. She spoke at length about her cancer survivorship issues and initially denied having work-related concerns. She began conversation with, "Things are going well so far. I am grateful for my life, but coping is challenging. I think I over-analyze everything." She also has issues with memory and confusion. Pt stated that she may not have dealt with "all of this" fully yet and that she has "lost some coping skills." She tries to be resourceful, but needs new strategies to deal with her life. Pt said she hit a low last week, due some issues at work, and tends to hold back from doing things that might help her deal with her cancer hx more directly. For example, SW encouraged pt to consider attending the Cancer Survivorship Roundtable being offered at DU this evening. While pt is available, she's not sure she's ready to attend. SW also encouraged pt to consider the new survivorship group being offered at SJH CCC March 7th and pt seemed more willing to attend that program.

Pt said she has some emotional supports in place, but they are informal and minimal. She seems very motivated to accept support and agreed to arrange a phone appt with our Psychology Extern (Jennifer) for counseling support and guidance. She recognizes that she wants help with these issues, but has trouble following through on making the changes that will actually help her move forward.

SW agreed to e-mail pt the following resources and info:
- Cancer Survivorship Roundtable – DU 2-9-17
- Transitions Survivorship group – SJH CCC 3-7-17
- Community Support & Education Schedule
- CLRC Patient Legal Handbook
- Work-related resource list

1825 Marion Street • Denver, CO 80218 • (303) 318-3434



**Saint Joseph**
HOSPITAL   SCL Health
**CANCER CENTERS OF COLORADO**

DELEON, CHERIANN                                    **MRNH#** H0865724

Pt is not currently eligible for cancer-related grant assistance.  SW also reminded to contact the **United Way "211"** community resource for other types of resources.

**Length of Phone Call**:        40 minutes

**Electronically Signed By:**     Jeanice Hansen, LCSW, OSW-C

Feb 16 17.02 08p          Home                                    3034301420                    p.3

**PO Box 14674**
**Lexington, KY 40512-4674**
**Fax: (888)-999-7573**

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA and/or GML. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of the condition, treatment, etc. Your answer should be your best estimate

based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services

Provider's name: _Sarah Conlon, MD_

Business address: _1805 Marion St Denver Co 80218_

Type of practice / Medical specialty:
_Medical Oncology + Hematology_

Telephone: (_303_) _318 5434_ _____ Fax: _303 318 2682_
(_____)_____

Employee Name: Cheri Deleon
Case Number: B702140606500062TC

PART A:  MEDICAL FACTS

1. Approximate date condition commenced: _June 2011_

   Probable duration of condition: _Lifetime_

   **Mark below as applicable:**

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

   _X_ No  ___ Yes.
   If yes, dates of admission:

SCANNED

Date(s) you treated the patient for condition: *July 2011 - July 2012 for initial treatment. Unchrocery 6/22/15, 7/20/15, 2/11/16, 5/8/16, + 2/6/17*

Will the patient need to have treatment visits at least twice per year due to the condition? ___No
X_ Yes.

Was medication, other than over-the-counter medication, prescribed? ___No  X_ Yes.

Was the patient referred to any other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ____No  X_ Yes.
If yes, state the nature of such treatments and expected duration of treatment:

*Physical Therapy - Completed.*

2. Is the medical condition pregnancy? X_ No   ___Yes. If so, expected delivery
date: _____

3. For the following question, use the job information provided by the employer. If the employer fails
to provide a list of the employee's essential functions or a job description, answer these questions
based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ____No
V__ Yes. If yes, identify the job functions the employee is unable to perform: *Patient may experience*
*episodic flareups & may be unable to perform job function*
*during flare ups.*

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks
leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment
such as the use of specialized equipment):

NOTE: In California and Connecticut, do not disclose the underlying diagnosis unless you have
received consent from the patient *Stage IIB (ypT2N1 MX, ER/PR positive,*
*HER2 negative) Left Breast Cancer. Plan is for patient*
*to continue hormone therapy (Tamoxifen) for a total of*
*5 years (through 2020) if patient can tolerate the medication*
*for the full treatment course. Patient will have*
*annual mammograms and M.D follow up appointments*
*Every 6 Months*

Feb 16 17:02 08p        Home                              3034301420                    p 5

## PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? _X_ No ___ Yes.

    If so, estimate the beginning and ending dates for the period of incapacity:

    _____

6. Will the employee need to work part-time or on a reduced schedule because of the employee's medical condition? _X_ No ___ Yes

    If yes, are a reduced number of hours of work medically necessary? _X_ No ___ Yes

    Estimate the part-time or reduced work schedule the employee needs, if any:

    _____ hour(s) per day; _____ days per week from _____ through
    _____

7. Will the employee need to attend follow-up treatment appointments because of the employee's medical condition? ___ No _/_ Yes

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period (e.g. 1 appointment every 3 months, and requires 1 day of recovery per appointment):

    Frequency: _1_ appointment(s) every _____ week(s) or _6_ month(s) + 1 Mammogram appt
    EVERY 12. Months
    Duration: _2_ hours or ___ day(s) per appointment

8. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___ No _X_ Yes

    Is it medically necessary for the employee to be absent from work during the flare-ups? ___ No
    _/_ Yes  If yes, explain: Patient may Experience pain unrelieved by
    Pain Medication which may decrease her capacity to perfo-
    her job functions

    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

    Frequency: _3_ times per _____ week(s) or _1_ month(s)

    Duration: _____ hours or _3_ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.
_____
_____
_____
_____

Feb 16 17 02:08p          Home                                    3034301420                    p.6

_____                                    2/23/17
                                                                 _____

**Signature of Health Care Provider**                           **Date**


'TB702140606500062TC-6065!


## AUTHORIZATION TO SEEK CLARIFICATION OR AUTHENTICATION
## ON FMLA and/or State FMLA CERTIFICATION


**Employee Name: Cheri A DeLeon**          **Claim Number: B702140606500062TC**


In order to substantiate your leave request under the Family and Medical Leave Act (FMLA) and/or State FMLA, Sedgwick requires a health care provider certification ("FMLA Certification Form") to support your need for family and medical leave due to your own serious health condition or a family member's serious health condition. It is your responsibility to provide Sedgwick with a complete and sufficient certification. With your permission, once the certification has been submitted, the FMLA regulations allow Sedgwick, as the administrator of your employer's FMLA policy, to seek clarification from your health care provider if it is necessary to understand the meaning of a response or the handwriting on the medical certification.


I, Cheri A DeLeon, hereby authorize Sedgwick to make contact with my health care provider for the purpose of seeking authentication of the document or clarification of the information contained in the document. This Release and Consent does not authorize the disclosure of: 1) the identification of past, present, or future physical or mental health, or conditions; 2) the diagnosis or treatment provided to me; 3) payment for the health care I received; or 4) genetic information. In addition, Sedgwick will not, nor does this Release and Consent authorize Sedgwick to, request information beyond that required by the FMLA Certification Form.


I understand, that I am responsible for signing any releases or authorizations required under the Health Insurance Portability and Accountability Act (HIPAA) or other laws which would authorize the health care provider to discuss my certification for leave and provide the clarifications requested.


I acknowledge that this authorization is voluntary, however if I choose not to provide Sedgwick with this authorization, and do not provide either a complete and sufficient certification form Sedgwick may deny the taking of FMLA leave.


I further understand that I have the right to revoke this authorization at any time by providing written notice to Sedgwick at the following address:


**Time Away From Work Service Center**
**PO Box 14674**
**Lexington, KY 40512-4674**
**Fax: (888)-999-7573**


However, this authorization cannot be revoked if Sedgwick has taken action on this authorization prior to receiving written notice. I also understand that I have a right to have a copy of this authorization. This authorization is valid from the date of my signature below and shall expire one year from the date of this authorization.


_____                                    02-15-17
                                                                 _____

Employee Signature                                               Date

- Coping with the diagnosis of an illness or with a chronic illness
- Depression
- Stress management
- Relationship difficulties
- Work/life balance
- Managing time away from work
- Dealing with emotions
- Return-to-work concerns
- Working with others
- Financial planning
- Substance abuse treatment and recovery
- Building resilience after a disability

EAP counselors can help you assess your concerns, think through your options, develop a plan identify resources for additional help and provide referrals to professional service providers when appropriate. You can access the EAP by logging in to **www.HCArewards.com** and enter EAP in the search box.



(T301312350440001IFN-6065)



## Return to Work Release Form

This Return to Work Release Form must be completed by your Health Care Provider and submitted to the Time Away From Work Service Center at least three days prior to your return to work

| This section is to be completed by the EMPLOYEE | |
|---|---|
| Employee Name: Cheri Deleon | Employee ID: 104828198 |
| Claim Number: B702140606500062TC | Date leave began: 02·13·17 |
| HRCO: 5609 | Process Level: 06464 |
| I understand that I cannot return to work without a release from my health care provider. | |
| Employee's Signature: *Cheri DeLeon* | Date: 02·15·17 |

| This section is to be completed by the HEALTH CARE PROVIDER |
|---|
| I have examined the employee named above and certify that this person is **medically able to** resume working on: 3 / 6 / 17 |
| With No Restrictions |
| This employee can return work: |

Feb 16 17:02 09p        Home                              3034301420              p.8

With Restrictions (outline details below)

If the employee is returning with restrictions, please state in detail the employee's restrictions and the duration of the restriction.

Period of restrictions _____ / _____ / _____ to _____ / _____ / _____

**Signature of Health Care Provider:**                                        **Date:** 2/23/17

Name of Health Care Provider (Please Print): Susan Curlan, MD

Address of Health Care Provider: 1825 Marion St. Denver Co 80217

Phone Number of Health Care Provider: 303 318 3434

The completed form can be faxed or mailed to the Time Away From Work Service Center at:
PO Box 14674
Lexington, KY 40512-4674
Fax: (888) 999-7573

!TB702140606500062TC-6065!

Feb 16 17,02 08p      Home                                    3034301420                    p 2

7557, Monday through Friday 6:00 a.m. – 7:00 p.m. (CST).

Sincerely,


Denise M. Franklin
Leave Advocate
Phone: (855) 858-7557
Fax: (888) 999-7573


## Certification of Health Care Provider for
## *Employee's Serious Health Condition*

EMPLOYEE NAME: _Cheri Deleon_____      EMPLOYEE ID/SSN:

__104828198

CASE NUMBER:  ___B702140606500062TC_____


**INSTRUCTIONS to the EMPLOYEE:**
Please give this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. Your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b). As applicable, the information on this form may also be used to certify coverage for your employer's General Medical Leave (GML) policy.


Return a complete and sufficient medical certification to:

### Time Away from Work Service Center

# Disciplinary/Corrective Action Form

## Employee Information

| | | | **Front Office Coordinator** | |
|---|---|---|---|---|
| **Cheri** | **Deleon** | **Pne8198** | **PRN** | **1/14/2014** |
| FIRST NAME | LAST NAME | 3 / 4 ID | JOB TITLE | DATE OF HIRE |
| **Tammy Wise** | **HealthOne PSG** | **Float Pool** | **Float Pool Manager** | |
| REPORTING MANAGER | BUSINESS ENTITY | DEPT | REPORTING MGR'S JOB TITLE | |

## Disciplinary / Corrective Action

**CATEGORY OF DISCIPLINARY ACTION** *(select all that apply)*:
☐ CONDUCT/BEHAVIOR  ☐ PERFORMANCE  ☒ ATTENDANCE  ☐ POLICY VIOLATION  ☐ ETHICS
☐ LICENSE/CERTIFICATION  ☐ PATIENT SAFETY  ☐ MEDICATION ERRORS  ☐ PHYSICIAN COMPLAINT

**LEVEL OF DISCIPLINARY ACTION**
☐ VERBAL  ☒ WRITTEN  ☐ FINAL WRITTEN  ☐ TERMINATION        **Verbal warning 9-26-17**
                                                          DATE(S) & LEVEL OF PRIOR RELATED
                                                          DISCIPLINARY ACTION

☐ SUSPENSION *(if applicable)*:   _____ - _____
                                   FROM        TO

**DETAILED SUMMARY OF OFFENSE(S) LEADING TO THIS ACTION:**
Cheri is scheduled to work on a PRN basis.  Cheri has violated the attendance and tardiness policy on the following dates:
- 1/9/2017 – Tardy (arrived at 9:27am for 8:30 start) .5 occurrence
- 1/10/2017 – Tardy (arrived at 8:52am for 8:30 start) .5 occurrence
- 1/12/2017 – Absence without notice (call off less than 2 hour notice), 2 occurrences
- 1/19/2017 – Unscheduled absence (call off) 1 occurrence
- 8/21/2017 – Unscheduled absence (call off) 1 occurrence
- 9/29/2017 – Unscheduled absence (call off) 1 occurrence

Cheri now has 6 total occurrences.

**REQUIRED CORRECTIVE ACTION AND EXPECTATIONS GOING FORWARD:**
Adhere to the Attendance and Tardiness policy.

**NEXT STEPS IF THE EMPLOYEE DOES NOT MEET THE REQUIRED IMPROVEMENTS/EXPECTATIONS:**
Failure to demonstrate immediate, significant and sustained improvement will result in additional disciplinary action, up to and possibility including termination of employment.

**EMPLOYEE COMMENTS:** I have signed this document to acknowledge the unscheduled injury per Tammy/policy. I Do NOT agree with how this write up has affected my employment with Healthone PSG, moving forward I can hope not to have anything unscheduled affect my assignments.

rev. 11/14/2014                                              HR.ER.008a

**EMPLOYEE ACKNOWLEDGEMENT:** *I have read this document and have been given an opportunity to comment. My signature below acknowledges receipt of a copy of this document and does not imply agreement unless otherwise indicated. I understand that further disciplinary action may lead to termination of employment.*

_____     _____     _Tammy W_____     _9-26-17_____

EMPLOYEE SIGNATURE                          DATE                    REPORTING MANAGER SIGNATURE            DATE

❑   Employee elected to not sign this Disciplinary/Corrective Action Form

[2]

**Health ONE** **OrthoONE**
Physician Care™

Date: 02 / 13 / 2018



## Fitness – To- Return Certification

| Patient's Name: CHERI DELEON | DOB: 052669 |

**I certify that the patient named above has been under my care for an Orthopaedic injury.**

Date the condition began: 02  08  18

☐ Patient is able to work/attend school a full, regularly scheduled day with no restrictions beginning (date: _____.)

☐ Patient is unable to return for any work/school until (date: _____.)

☐ Patient is able to return to work/school on a reduced schedule for _____ hours per day from _____ through _____

☐ Patient is able to return to work/school with restrictions from *02-19-2018 - 04-04-2018* through (6-8 WKS) _____

### ●Restrictions●

☐ No lifting or carrying objects over 5 pounds with ☐ Left Upper Extremity   ☐ Right Upper Extremity.

☐ Weight bearing as tolerated with ☐ Left Upper Extremity.   ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Upper Extremity   ☐ Right Upper Extremity.

☐ No use, including repetitive motion of ☐ Left Upper Extremity   ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Lower Extremity   ☐ Right Lower Extremity.

☐ Touchdown weight bearing ☐ Left Lower Extremity   ☐ Right Lower Extremity.

☒ Weight bearing as tolerated on ☒ Left Lower Extremity   ☐ Right Lower Extremity.

☐ Requires the use of assistive aide to ambulate (crutches, walker, and/or wheel chair)

☐ _____

_____

☐ We will reevaluate patients status at next scheduled appointment: _____

*Steven J Morgan signature*
**Steven J Morgan, MD FACS**

*Wade R. Smith signature*
**Wade R. Smith, MD FACS**

701 E Hampden Ave. Suite 515  Englewood  CO 80113  (t) 303-209-2503 (f) 303-761-0803  www.OrthoONEDenver.com



Date: 9 / 8 / 17



## Fitness – To- Return Certification

| Patient's Name: _DeLeon, Cheriann_ | DOB: 5/26/69 |
|---|---|

**I certify that the patient named above has been under my care for an Orthopaedic injury.**

| Date the condition began: _8/20/17_ |
|---|

☐ Patient is able to work/attend school a full, regularly scheduled day with no restrictions beginning (date: _____.)

☒ Patient is unable to return for any work/school until (date: _9 / 35 / 17_ .)

☐ Patient is able to return to work/school on a reduced schedule for _____ hours per day from_____ through_____.

☐ Patient is able to return to work/school with restrictions from_____ through_____.

### ●Restrictions●

☐ No lifting or carrying objects over 5 pounds with ☐ Left Upper Extremity ☐ Right Upper Extremity.

☐ Weight bearing as tolerated with ☐ Left Upper Extremity ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Upper Extremity ☐ Right Upper Extremity.

☐ No use, including repetitive motion of ☐ Left Upper Extremity ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Lower Extremity ☐ Right Lower Extremity.

☒ Touchdown weight bearing ☒ Left Lower Extremity ☐ Right Lower Extremity.

☐ Weight bearing as tolerated on ☐ Left Lower Extremity ☐ Right Lower Extremity.

☐ Requires the use of assistive aide to ambulate (crutches, walker, and/or wheel chair)

☐ _____

_____

☐ We will reevaluate patients status at next scheduled appointment: _____

Steven J Morgan, MD FCS

Wade R. Smith, MD FACS

Summary of Today's Visit



# Summary of Today's Visit

**Deleon , Cheriann   DOB:05/26/1969**
**Account No 8X301582733   CHN**
**1790888691**
**Gender:Male**
**Race:White**
**Ethnicity:Not Hispanic or Latino**
**Preferred Language:English**
**02/13/2018 visit with Wade R. Smith, MD**

## Your Next Appointment(s)

- Tue, 13 Feb 2018 at 11:30 AM with Wade R. Smith, MD at 356211MOT MTN ORTH TRAUMA SURG SWED 701 E HAMPDEN AVE STE 515 ENGLEWOOD, CO 801133880 Phone: 303-209-2503 (Reason: SX F/U)

Summary of Today's Visit for - Deleon . Cheriann   DOB:05/26/1969  Account No: 8X301582733 CHN: 1790888691
**356211MOT MTN ORTH TRAUMA SURG SWED   701 E HAMPDEN AVE  ENGLEWOOD, CO**
**801133880   303-209-2503**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*

*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

| Run Date/Time:<br>08/24/17 1342 | **Swedish Medical Center**<br>DISCHARGE: Patient Medication Report | Printed By:<br>AQNR.MB10 |
|---|---|---|

| Height:   167.64 cm (66 inches) | **DELEON,CHERIANN** | Acct# AQ1009801199<br>MR# AQ02381093 |
|---|---|---|

**ALLERGIES:** No Known Allergies
**ADRS:** ADRs HAVE NOT BEEN ENTERED IN PHA

**PREFERRED PHARMACY:** KING SOOPERS #620062, 10351 N FEDERAL, WESTMINSTER, CO, 80260
PH#: (303)404-9026  FAX #: (303)404-2104

| ***FINALIZED*** | Discharge Medications | ***FINALIZED*** |
|---|---|---|

| GENERIC NAME   (TRADE NAME)<br>DOSE | ROUTE | FREQUENCY | QTY/DAYS | LAST DOSE<br>DATE/TIME |
|---|---|---|---|---|

**Updated Home Medication List**

CITALOPRAM   (TRADE NAME: CeleXA)
10 MG           ORAL                   BEDTIME
  INDICATION: ANXIETY

FLUTICASONE PROPIONATE   (TRADE NAME: FLONASE ALLERGY RELIEF)
2 SPRAY         NASAL                  DAILY AS NEEDED
  INDICATION: ALLERGIES

HYDROCODONE/APAP   (TRADE NAME: NORCO 5/325 MG)
1 TAB           ORAL                   EVERY 6 HOURS AS NEEDED
  INDICATION: PAIN

HYDROCODONE/APAP   (TRADE NAME: NORCO 5/325 MG)
1-2 TAB         ORAL                   EVERY 4 HOURS AS NEEDED
  INDICATION: pain
  PRESCRIBING DOCTOR: Farho,John  PA
  Prescription Printed

TAMOXIFEN   (TRADE NAME: TAMOXIFEN)
20 MG           ORAL                   BEDTIME
  INDICATION: HX OF BREAST CA

The above medications have been reviewed by your provider.

```
***   These medications may have changed from your previous "home medications".   ***
***   This is the list of medications you should take after leaving the hospital.   ***
***   We will attempt to forward this information to your primary care physician.   ***
***   Please contact your primary care physician if you have any questions.   ***
```

DELEON,CHERIANN          Acct# AQ1009801199    DOB: 05/26/69   Age: 48   Sex: F     LOC:
                         MR# AQ02381093        Adm/Svc: 08/24/17   Attend MD: Smith,Wade Russell  MD    (303)209-2503

Patient/Representative Signature               Date/Time


MEDR

*Next Norco @ 5:30ᵖ!*

## Swedish Medical Center
### *** PATIENT DISCHARGE INSTRUCTIONS - HOME ***
*** Please bring this form to all follow-up provider appointments ***

Allergies: No Known Allergies
Adverse Drug Reactions: ADRs HAVE NOT BEEN ENTERED IN PHA

ATTENDING DOCTOR: Smith,Wade Russell  MD          Phone #: (303)209-2503          Fax#: (303)761-0803

PRIMARY DIAGNOSIS:
        Left navicular and cuboid fractures

SECONDARY DIAGNOSIS:

PROCEDURES/SURGERIES:
        ORIF left navicular and cuboid

DISCHARGE DISPOSITION: Home

CONSULTATIONS

IMMUNIZATIONS RECEIVED DURING HOSPITALIZATION  (Blank if none administered)     Administered:     Date     Time     Given?

FOLLOW-UP

Follow-up Lab, Procedures, Treatments:

Call your PCP (Primary Care Physician) for an appointment as directed.

For stroke patients, please follow-up with your primary care physician  within one week
        unless otherwise documented below.

Follow up Appointments/Referrals:

| | | |
|---|---|---|
| PCP: | Phone: | |
| Date:        Time: | Or In: | |
| Attending: | Phone: | On/In: |
| Consulting Doctor: Smith,Wade Russell  MD<br>Specialty -        Orthopedics | Phone: (303)209-2503 | On/In: 10-14 days |
| Consulting Doctor:<br>Specialty - | Phone: | On/In: |
| Other Provider: | Phone: | On/In: |
| Other Provider: | Phone: | On/In: |
| Other Provider: | Phone: | On/In: |

|||||||||||||||||

*PINS*

DELEON,CHERIANN
Acct #: AQ1009801199
Unit #: AQ02381093   Admit Date:
Admit Dr:
Age: 48     Sex: F  DOB: 05/26/69

********* Cont on Page 2 *********

## Swedish Medical Center

### *** PATIENT DISCHARGE INSTRUCTIONS - HOME ***

#### *** Please bring this form to all follow-up provider appointments ***

**Return to Work/School:**

If you do not have a Primary Care Provider, call the HealthONE Physician Referral Line
at 1-877-432-5846 day or night for a referral.

**DISCHARGE DIET**
Regular
Fluid Restriction?    Mls allowed per day:        (30 mls = 1 ounce)

**ACTIVITY/RESTRICTIONS**
touch down weight bearing left foot, keep dressing clean and dry
elevate extremity to decrease swelling and pain, call clinic for
postop appt

**SPECIAL INSTRUCTIONS**
Special Instructions from Discharging Provider:

Special Instructions from Doctor: Smith,Wade Russell  MD           Orthopedics
TDWB

Special Instructions from Doctor:

**WEIGHT MONITORING**      Weight Monitoring ordered?      Check Weight:
Most recent hospital weight: Lbs:      Oz:                 Kg:

For Patients with Congestive Heart Failure or Renal Failure:
Weigh yourself every day at the same time with the same amount of clothing on.  Please call your Doctor if you
notice a consistent weight gain (greater than 2 pounds per day or 5 pounds per week) and/or if heart failure
symptoms worsen (for example: Shortness of breath, Chest pain, etc.).
In addition to the above:  It is important to follow your healthcare provider's instructions and follow up with
your healthcare provider after discharge.  Unless instructed otherwise, follow a low salt diet, increase your
activity as tolerated.

**SMOKING CESSATION**  For patients who smoke:

You should quit.  It is the most important thing you can do for your health.

Here are FREE resources you can use:     The American Cancer Society    1-800-227-2345 or www.cancer.org

The American Lung Association   1-800-548-8252 or www.lungusa.org

Colorado Tobacco Quitline    1-800-QUIT-NOW (784-8669) or www.coquitline.org
Free coaching and medications like the nicotine
patch and gum.

Become an EX   www.BecomeAnEx.org

U.S. Dept. of Health and Human Services   www.smokefree.gov

**EQUIPMENT/SUPPLIES**



*PINS*

DELEON,CHERIANN
Acct #: AQ1009801199
Unit #: AQ02381093    Admit Date:
Admit Dr:
Age: 48      Sex: F  DOB: 05/26/69

********* Cont on Page 3 *********

From: **FloatPool@HealthONEcares.com**
FloatPool@healthonecares.com
Subject: **RE: injury**
Date: **Aug 25, 2017 at 12:03:52**

Hi Cheri,

Have you contacted TAFW with your new situation?
I understand that after 3 consecutive call-off days, you need to arrange with TAFW.

I will let CBCI know that you'll be off of work next week as well.

Take care!

**From:** Cher D [mailto:cherid@live.com]
**Sent:** Friday, August 25, 2017 11:35 AM
**To:** HOCS.CAL Float Pool <FloatPool@HealthONEcares.com>
**Subject:** [EXTERNAL] Re: injury

Now with this injury it left me unable to cover my assignment for this week.
Not sure how this may affect my work w/ the float pool
And If CBCI is able work with my current
Situation w/ minor restriction,
I will know more after these next few
Days. My restriction now is elevate with limited weight bearing on my left foot, I will wait to hear from the float pool and any option I may be eligible for.

Thank you,
Cheri

Get Outlook for iOS

From: **Julie.Pittman@healthonecares.com**
Date: **Jul 31, 2017 at 12:21:41**
To: **deleon.cher@icloud.com,**
  **Cheriann.DeLeon@healthonecares.com**

Hi Cheri,

Attached is your updated August schedule.

The folks at CBCI have requested you to help in Medical records.

Please confirm that you have received the attached update / Thanks so much.

Julie

**CBCI**
**1721 E. 19th Ave #300 (@PS/L)**

pdf

Cheri A...17.pdf
252 KB

# Attendance

**From:** tammy.wise@healthonecares.com

**To:** cheriann.deleon@healthonecares.com , deleon.cher@icloud.com , cherid@live.com

**Cc:** julie.pittman@healthonecares.com

**Date:** Wednesday, October 4, 08:41

Cheri,

As discussed in your verbal warning for attendance, having another occurrence would result in a written warning.  Since you called off last week I will need to meet with you when I am back from my vacation and go over it with you.  Please plan on meeting with me on Wednesday Oct. 11th at 8:30am at Division before you go to CBCI.  I will need to have you sign the corrective action form.

Thank you,

**Tammy Bolin** IPSG Float Pool Manager, Assistant Ethics & Compliance Officer

Phone: 720-467-5360

Email: tammy.bolin@healthonecares.com

4900 S. Monaco St. Denver, CO 80237

www.healthonecares.com

 **Physician Care**™

**\*\*Confidentiality Notice\*\***

This email and any files transmitted with it may contain **PRIVILEGED** or **CONFIDENTIAL** information and may be read or used only by the intended recipient.  If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited.  If you have received this email in error, please immediately delete it and all attachments and notify Tammy Bolin by reply email or by calling 303-584-8160 immediately.  Thank you.

# October 2017

## Name: Cheri      Position: FOC

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 *CBCI* *8:30-5* | 3 *CBCI* *8:30-5* | 4 *CBCI* *8:30-5* | 5 *CBCI* *8:30-5* | 6 *N/A* | 7 |
| 8 | 9 *CBCI* *8:30-5* | 10 *CBCI* *8:30-5* | 11 *CBCI* *8:30-5* | 12 *CBCI* *8:30-5* | 13 *CBCI* *8:30-5* | 14 |
| 15 | 16 *CBCI* *8:30-5* | 17 *CBCI* *8:30-5* | 18 *CBCI* *8:30-5* | 19 *CBCI* *8:30-5* | 20 *CBCI* *8:30-5* | 21 |
| 22 | 23 *CBCI* *8:30-5* | 24 *CBCI* *8:30-5* | 25 *CBCI* *8:30-5* | 26 *CBCI* *8:30-5* | 27 *CBCI* *8:30-5* | 28 |
| 29 | 30 *CBCI* *8:30-5* | 31 *CBCI* *8:30-5* | | | | |

Floatpool Assignment for month

This document is how our schedules, before the shift board program (implemented 2018)

# Disciplinary/Corrective Action Form

## Employee Information

| Cheri | Deleon | Pne8198 | Front Office Coordinator PRN | 1/14/2014 |
|---|---|---|---|---|
| FIRST NAME | LAST NAME | 3 / 4 ID | JOB TITLE | DATE OF HIRE |

| Melissa Lauzon | HealthOne PSG | Float Pool | Float Pool Supervisor |
|---|---|---|---|
| REPORTING MANAGER | BUSINESS ENTITY | DEPT | REPORTING MGR'S JOB TITLE |

## Disciplinary / Corrective Action

**CATEGORY OF DISCIPLINARY ACTION** (select all that apply):

☐ CONDUCT/BEHAVIOR  ☐ PERFORMANCE  ☒ ATTENDANCE  ☐ POLICY VIOLATION  ☐ ETHICS
☐ LICENSE/CERTIFICATION  ☐ PATIENT SAFETY  ☐ MEDICATION ERRORS  ☐ PHYSICIAN COMPLAINT

**LEVEL OF DISCIPLINARY ACTION**

☐ VERBAL  ☐ WRITTEN  ☒ FINAL WRITTEN  ☐ TERMINATION

Verbal warning 9-26-17, Written 10/11/17
DATE(S) & LEVEL OF PRIOR RELATED DISCIPLINARY ACTION

☐ SUSPENSION (if applicable):  _____ - _____
FROM     TO

**DETAILED SUMMARY OF OFFENSE(S) LEADING TO THIS ACTION:**

Cheri is scheduled to work on a PRN basis. Cheri has violated the attendance and tardiness policy on the following dates:

- 8/21/2017 – Unscheduled absence (call off) 1 occurrence  *Carried over / Policy / Occurrences from 2017 / revolve 12 months*
- 9/29/2017 – Unscheduled absence (call off) 1 occurrence
- 01/10/2018 - Tardy .5 occurrence
- 01/29/2018 - Tardy .5 occurrence
- 02/05/2018 - Tardy .5 occurrence
- 02/06/2018 - Unscheduled absence (call off) 1 occurrence  *flu symptom / Employee health sent home*
- 02/21/2018 - Absence With Out 2 hour notice (call off) 2 occurrence

Cheri now has 6.5 total occurrences. *- 2 would leave me @ 4.5 -*

**REQUIRED CORRECTIVE ACTION AND EXPECTATIONS GOING FORWARD:**

Adhere to the Attendance and Tardiness policy.

**NEXT STEPS IF THE EMPLOYEE DOES NOT MEET THE REQUIRED IMPROVEMENTS/EXPECTATIONS:**

Failure to demonstrate immediate, significant and sustained improvement will result in additional disciplinary action, up to and possibility including termination of employment.

**EMPLOYEE COMMENTS:** *Removed from CBCI per higher up wanting me moved - per need*

rev. 11/14/2014                    HR.ER.008a

720-754-4831          CBCI KiM                                    08:22:35 a.m.     10-11-2017          2 /2

**EMPLOYEE ACKNOWLEDGEMENT:** *I have read this document and have been given an opportunity to comment. My signature below acknowledges receipt of a copy of this document and does not imply agreement unless otherwise indicated. I understand that further disciplinary action may lead to termination of employment.*

EMPLOYEE SIGNATURE          DATE          REPORTING MANAGER SIGNATURE          DATE

☐  Employee elected to not sign this Disciplinary/Corrective Action Form

[2]

# Disciplinary/Corrective Action Form

## Employee Information

| | | | Front Office Coordinator | |
|---|---|---|---|---|
| Cheri | DeLeon | Pne8198 | PRN | 01/14/2014 |
| FIRST NAME | LAST NAME | 3/4 ID | JOB TITLE | DATE OF HIRE |

| | | Float | |
|---|---|---|---|
| Melissa Lauzon | HealthOne PSG | Pool | Float Pool Supervisor |
| REPORTING MANAGER | BUSINESS ENTITY | DEPT | REPORTING MGR'S JOB TITLE |

## Disciplinary / Corrective Action

**CATEGORY OF DISCIPLINARY ACTION** (select all that apply):
☐ CONDUCT/BEHAVIOR  ☐ PERFORMANCE  ☒ ATTENDANCE  ☐ POLICY VIOLATION  ☐ ETHICS
☐ LICENSE/CERTIFICATION  ☐ PATIENT SAFETY  ☐ MEDICATION ERRORS  ☐ PHYSICIAN COMPLAINT

**LEVEL OF DISCIPLINARY ACTION**

☐ VERBAL  ☐ WRITTEN  ☐ FINAL WRITTEN  ☒ TERMINATION

Verbal 09/26/17 ,Written 10/11/17, Final Written 2/28/18
DATE(S) & LEVEL OF PRIOR RELATED DISCIPLINARY ACTION

☐ SUSPENSION (if applicable): ___ FROM ___ TO

**DETAILED SUMMARY OF OFFENSE(S) LEADING TO THIS ACTION:**

Cheri Deleon is scheduled to work PRN. Cheri has violated the attendance and tardiness policy on the following dates:

- 08/21/2017   U (1) - Unscheduled Absence *unplanned event 8/20/2017 followed policy*
- 09/29/2017   U (1) - Unscheduled Absence *informed by HCA the/Floatpool*
- 01/10/2018   T (0.5) - Tardy *could not be Tardy on corrective action*
- 01/29/2018   T (0.5) - Tardy *surgery scheduled out for 2nd Surgery*
- 02/05/2018   T (0.5) - Tardy *surgery scheduled out for 2nd surgery*
- 02/06/2018   Other (1) - Missed mandatory software training for Float Pool *out on Scheduled TO*
- 02/21/2018   U (2) - Absence With less than 2 hours' Notice *out on scheduled leave 2nd surgery*
- 08/03/2018   U (1) - Unscheduled Absence *approved email attached*

Cheri has a total of 7.5 occurrences.

**NEXT STEPS FOR THE EMPLOYEE THAT DID NOT MEET THE REQUIRED IMPROVEMENTS/EXPECTATIONS:**

Cheri has received three prior documented corrective actions related to her attendance, and in every instance was provided with a copy of the attendance policy. Cheri's lack of adherence to this policy will result in termination from HCA HealthONE.

**EMPLOYEE COMMENTS:**

## Signatures

rev. 11/14/2014   HR.ER.008a

## Signatures

**EMPLOYEE ACKNOWLEDGEMENT:** *I have read this document and have been given an opportunity to comment. My signature below acknowledges receipt of a copy of this document and does not imply agreement unless otherwise indicated. I understand that further disciplinary action may lead to termination of employment.*

_____ 4/28/18    _____ 2/28/18
**EMPLOYEE SIGNATURE**        **DATE**         **REPORTING MANAGER SIGNATURE**   **DATE**

☐   Employee elected to not sign this Disciplinary/Corrective Action Form

[2]



## DeLeon Cheriann

| | |
|---|---|
| **From:** | Velasquez Bridgette |
| **Sent:** | Monday, February 26, 2018 9:55 AM |
| **To:** | DeLeon Cheriann |
| **Subject:** | FW: Cheri DeLeon |
| **Attachments:** | Resp & GI guidelines common language with matrix 11062017.docx |

**From:** Fanning Julie
**Sent:** Tuesday, February 06, 2018 1:50 PM
**To:** Velasquez Bridgette <Bridgette.Velasquez@healthonecares.com>; Bolin Tammy
<Tammy.Bolin@HealthONEcares.com>; Kosik Michelle <Michelle.Kosik@HealthONEcares.com>
**Subject:** Cheri DeLeon

Dear all,
I just saw Cheri DeLeon in my office. I believe she has influenza and sent her home. She is to see her PCP or urgent care for further assessment and care. I've attached the Matrix PSL uses to determine ability to work. The first day Cheri is eligible to work is 02.12.2018. Cheri reported she has surgery planned and will be off tomorrow through the 16th. I encouraged her to call her surgeon with Dr's diagnosis. I asked Cheri to call and let me know her diagnosis. I will call her tomorrow and we will make plan for reassessment by myself prior to Monday if her surgery is cancelled. Or if you want her to stay off as planned PTO we can discuss that too.
I will keep you informed of my communication with Cheri.
Let me know if you have any questions.
Julie

Julie Fanning, RN,BSN,MS
Employee Health
Presbyterian / St Luke's Medical Center and
Rocky Mountain Hospital for Children
1719 E 19th Avenue
Denver, CO 80218
Phone:  720.754.6555
Fax:  720.754.6312
Julie.Fanning@healthonecares.com

Employee Health has new walk-in hours.  Monday – Friday 0730-0900 and 1300-1400 every weekday except Thursday.  We close for the day at noon on Thursdays.  All other times between 0700-1530 are blocked for appointments.
For a work related injury including an exposure to blood or bodily fluids, you are encouraged to come to Employee Health anytime between 0700-1530.  Injury and exposures should be seen immediately after they occur, preferably in Employee Health. Please don't delay your assessment and care until the end of the shift.

 **Presbyterian/St. Luke's** Medical Center | Top Performer on Joint Commission Key Quality Measures™ 2011
Heart Attack · Heart Failure · Surgical Care

This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.





**From:** Maraone Christy
**Sent:** Wednesday, November 30, 2016 5:17 PM —This email has been modified to fit one page & is specific to staff illness only (not pt).
**To:** PSLM.DL Outlook Users <PSLM.DLOutlookUsers@HCAhealthcare.com

Presbyterian/St. Luke's and Rocky Mountain Hospital for Children

# EMPLOYEE HEALTH

As we prepare for this years' respiratory season, we want to be sure everyone is aware of the guidelines that we will be following effective immediately through the end of the respiratory season. Not only is it critical that we protect our patients from respiratory viral illnesses by not working while ill, but it is also very important that we do not come to work sick and spread illness to our co-workers.

We are also seeing an increase in gastrointestinal (GI) illness (nausea, vomiting and diarrhea) in the community. Any employee who is ill with a GI illness MUST stay home until symptom free for 48 hours. All episodes of GI illness must be reported to Employee Health (Infection Prevention on weekends or evenings) and Employee Health will coordinate return to work.

Any employee that becomes ill, and needs to call in sick, will call their home department or the staffing office (if in a nursing department). Employees will no longer be required to call Employee Health Services for respiratory illness. Supervisors may call Employee Health for advice when it is appropriate for an employee to return to work, but Employee Health will no longer monitor respiratory illness cases. Please review *Respiratory Viral Illness Stay Home/RTW Guidelines for Staff* and utilize as a guide.

Effective immediately, the following work restrictions must be strictly followed and strictly enforced:

All employees (regardless of job responsibility) must stay home from work when ill. NO EXCEPTIONS!

- All employees will need to follow facility policy when calling in sick. Call in to your department or to the staffing office, within the time frame outlined by policy. For example, at least 2 hours before your shift is to start.

- All Time Away From Work (TAFW) guidelines will be followed. If you miss a 4th scheduled shift, or over 7 calendar days, due to an illness, you will be required to call TAFW and initiate appropriate leave paperwork. You may be asked to provide a note from a physician, in some circumstances before returning to work. Notes will be maintained in the Employee Health Office.

- All employees will be required to stay home until fever free at least 24 hours (without the use of fever reducing medications such as Tylenol or Ibuprofen). You may also be advised by Employee Health or your manager, following consult with EH, to stay home until it has been 6 days post onset of symptoms, including fever.

- Your supervisor may contact Employee Health or Infection Prevention if they have questions regarding an employee's ability to return to work.

- Illness calls will be taken into consideration with the attendance and tardiness policy (HR.ER.001). If you have any questions regarding time missed by your employees, whether excused or unexcused, please call your HR business partner for assistance.

- Any employee with GI illness must remain off work until symptom free for 48 hours and coordinate return to work through Employee Health.

We must always remain vigilant to prevent the spread of flu and other viral illnesses to our patients, staff and visitors by adhering to the screening procedure for visitors and patients. If you have any questions about screening or isolation please call Infection Prevention at 720-754-6539

Employee Health may be called for return to work after GI symptoms at 720-754-6426. For respiratory illness call your supervisor first. Supervisors may consult with EH for guidance. (Contact Infection Prevention after hours and on weekends and holidays 720-754-6539.

**It is everyone's responsibility to keep our patients and co-workers safe and healthy this respiratory viral season.**
Thank you,
Cathy Hyland, Manager of Employee Health Services and Workers' Compensation
Emma Waymire, Infection Prevention Supervisor
Katie Cary, MPH MT (ASCP) CIC   VP of Quality Management & Infection Prevention
Keri Moore, MBA PHR VP of Human Resources

## PSL/RMHC Respiratory Viral Illness (including influenza)
## Stay at Home/Return to Work Guidelines for Staff 2017-2018

|  | Respiratory Signs WITHOUT Fever | Respiratory Signs WITH Fever | Fever ONLY   No Respiratory Signs | Gastrointestinal (belly and bowels) Signs |
|---|---|---|---|---|
| Symptoms or Signs | • Runny nose<br>• Stuffy nose<br>• Cough<br>• Chest tightness/Wheezing<br>• Sputum(phlegm) production<br>• Sore throat<br>• Sneezing | • Fever-higher than100.4<br>• Cough<br>• Sore throat<br>• Stuffy nose or runny nose<br>• Body or joint aches<br>• Very tired | Fever higher than 100.4 F | • Upset stomach/ nausea<br>• Throwing up/ Vomiting<br>• Liquid stool/ Diarrhea |
| When should I stay home? | For all staff: If you work in a clinical area and have contact with patients stay home if you have two or more of the above symptoms | For all staff: Must stay home if you have:<br>• Fever - 100.4 F<br>_AND_<br>• One of more of the above symptoms | For all staff: Must stay home if you have:<br>Fever - 100.4 F or higher | For all staff: Must stay home if you have one or more of the above signs |
| When can I return to work? | Return to work once ALL of the following requirements are met:<br>1. It has been at least 24 hours after start of signs or symptoms<br>2. Coughing, sneezing, nose blowing is less than 4 times per hour and will not interrupt patient care or work | Return to work once ALL of the following requirements are met:<br>1. It has been 6 days after onset of symptoms (with day of onset being day 1)<br>2. No fever for 24 hours<br>3. Coughing, sneezing, nose blowing is less than 4 times per hour and will not interrupt patient care of work | Return to work once ALL of the following requirements are met:<br>1. No fever for at least 24 hours | Return to work once ALL of the following requirements are met:<br>1. No signs for at least 48 hours. |

1. **You are NOT allowed to wear masks when you have symptoms. If you need a mask to catch coughs, sneezes, or runny nose then you shouldn't work.** For an accurate temperature you should not have taken these medicines in the last 4 hours: Advil (Ibuprofen) Tylenol (acetetemophen) Naprysn (naproxen). Many over the counter cold or flu medicines have one or more of these in it. When you take your temperature you should not have had any medicines in the last 4 hours

2. All Gastrointestinal (belly and bowels) illness should be cleared through EH or IP after hours.

3. Your Manager will coordinate your return to work. If a clinical manager has questions they may contact EH 720.754.6426, IP 720.754.6539, or page house super 303.831.1115. Non-clinical managers (i.e FANS and EVS) may have their staff directly call or be seen during walk-in hours to EH for assessment.

## NOTICE OF APPEAL to the COLORADO CIVIL RIGHTS COMMISSION

**Instructions:**

If you are filing an Appeal, this form must be submitted <u>within ten (10) days of the date of the mailing of the Director's determination</u> of no probable cause. If you wish to obtain an extension to file, you must contact the Appeal Coordinator *before* the 10-day period is over and a verbal request for an extension must be confirmed in writing. An extension of time to file the appeal is not official until approved by the Commission or the Commission's designee.

Please type or use black ink. Attach additional pages and/or documents as necessary.

COLORADO DIVISION

DEC 3 – 2019

OF CIVIL RIGHTS

Charge No.: __FE 201935/433__

Charging Party: __CHERIANN DELEON__

Address: __1164 W 96th Place__     Apt. #: __N/A__

City: __Thornton__     State: __Co__     Zip Code: __80260__

Telephone No(s):. __303-434-1234__

Respondent: __HCA Management Services LP 4900 S manaco St. Ste 380__
__Den Co 80237__

**A. New Information Available:** What evidence is now available that was not available and presented during the investigation? What is the relevance and significance of this information to your case? Please attach copies of the new information, including any witness statements.

**B. Facts in Dispute:** What material facts presented in the Director's determination are incorrect or were misinterpreted? Please attach your argument and documentation to support your claim or make specific reference to evidence previously submitted in the investigation.

<u>PLEASE NOTE:</u>   <u>Failure to state a specific reason or reasons for appeal will result in automatic denial of a review of your appeal by the Commission.</u>

After it is determined your appeal filing is accepted and warrants consideration, the appeal will be scheduled for review at a regularly scheduled Commission meeting. You will be notified of the date and time of your scheduled appeal review.

__Cherian DeLeon__     __12-02-2019__

**Signature**     **Date**

Please return this form to:
Colorado Civil Rights Division
Attn.: Appeal Coordinator
1560 Broadway, Suite 825
Denver, CO 80202-5143 or
Fax: 303-894-7830

Colorado Civil Rights Division
Attn: Appeal Coordinator
1560 Broadway, Suite 825
Denver, CO 80202-5143 or
Fax 303-894-7830

COLORADO DIVISION

DEC 3 – 2019

OF CIVIL RIGHTS

Charge No. FE2019351433

December 02, 2019

Cheriann DeLeon
1164 W. 96th Pl.
Thornton, CO 80260                 Complainant

HCA Management Services, LP
4900 S. Monacos St. Ste. 380
Denver, CO 80237                   Respodent

I hope all is well. My name is Cheriann DeLeon, and I am writting to appeal the No probable cause
decision, concerning complaint of discrimination / harrassment within the respondents organization.

The respondents response to my complaint stated I was terminated for a legitimate, non-d'scriminatory
reason: namely, violated the respondents attendance tardiness policy. Attached are documents labled
with alpha letter on the right to corner of document. A,B,C,D,E,F. I believe the respondents did not fully
investigate concerns regarding FMLA. My disability (anxiety,cancer) never was discussed prior to January
2017. Respondents at this time addressed my complaint regarding a coworkers harrassment reported
July 20, 2016
(coworker taking a Red clip board and swinging at the side of my head). HR had let me know after
speaking to the coworker, that I misunderstood the situation. I did not agree with that decision, HR
letting me know during this meeting turned to a write up concerning unapproved intermiten leave of
abscence in January 2017.   Removed from schedule and would be scheduled once I visit the physcian
to ensure my FMLA was classified correctly. Respondents were notified in compliance to respondents
attendance tardiness policy, call in 2 hour prior to assignment.

The review of the attached documents, will show the occurrences listed have continued longer then the
policy states, respondents attendance tardiness policy    submitted previously, for review.
Respondents direct or indirect harrassment, has justified my termination. I would like to show
respondents did not determine whether an absence is necessary or justifiable.
Please see attached list of documents to show the unforseen events with documents dated to
correspond with the respondents diclpinary corrective action forms.   This organization has
misrepresented my work ethics. Respondent tetminating 31 of the 48 employees, is not relevant to my
complainant.

1. Employee:
   a. An employee should personally notify his/her manager or designee two (2) hours prior to the start of the schedule or shift if he/she will be absent or tardy.
2. Manager:
   a. Managers are responsible for tracking attendance through the applicable systems of record.

## REQUIREMENTS:

1. Occurrences:
   a. Occurrences are tracked using a twelve- (12) month backward rolling calendar and are calculated using the following criteria:
      - A tardy is equal to (1/2) occurrence
      - An absence with notification at least two (2) hours prior to the start of a schedule or shift is equal to one (1) occurrence
      - Missing more than two (2) hours of a schedule or shift due to tardiness or leaving early is equal to one (1) occurrence
      - An absence without notifying a manager within a two (2) hour window of scheduled start time is equal to two (2) occurrences
      - A no-call/no show is equal to four (4) occurrences
2. Step process for occurrences:
   a. The recommended disciplinary steps associated with occurrences (or patterns of behavior) accumulated in a twelve- (12) month backward rolling calendar are as follows (see Discipline, Counseling and Corrective Action policy HR.ER.008:
      - A verbal warning is issued at the equivalent of four (4) occurrences
      - A written warning is issued at the equivalent of five (5) occurrences
      - A final written warning is issued at the equivalent of six (6) occurrences
      - Employment is terminated at the equivalent of seven (7) occurrences or upon two (2) no-call/no-shows in a twelve- (12) month backward rolling calendar.
3. If an employee has exhibited a pattern of behavior previously defined, the manager has discretion to move forward with disciplinary action as deemed appropriate. The manager is also responsible to communicate any action and expectation to the employee.

## ORGANIZATION RIGHTS:

1. The business entity reserves the right to:
   a. Initiate the step process for disciplining patterns of behavior
   b. Authorize or refuse to authorize an employee's request to be absent
   c. Investigate absences
   d. Determine whether an absence is necessary or justifiable
   e. Deny pay for an absence in violation of this policy
2. A manager or designee may request a physician's note after eight (8) days of absence; reference Time Away From Work.

## DISCLOSURE:

If there is any conflict between the information in this policy and a Collective Bargaining Agreement (CBA), the CBA prevails for covered employees.

## REFERENCED POLICIES:

1. Leave of Absence, HR.TR.004
2. Discipline, Counseling, and Corrective Action, HR.ER.008
3. Timekeeping – Non-Exempt, HR.ER.020

A.   Document is conversation regarding schedule, removed from work schedule 02/2017.

B.   Document of approved FMLA excluding 01/2017,   times all approved 02/2017 thur 04/2017.

C.   Document fitness certificate/ dated 08/20/2017 return to work date 09/25/2017.

D.   Document fitness certificate/ dated 02/08/2018 return to work 02/19/2018 with restrictions till 04/04/2018.

E.   Document regarding flu symptoms, documents submitted matrix table, received from PS/L Employee Health services, dated 02/06/2018.

F.   Documents of Disciplinary / Corrective actions forms. which represent days with exact date different year with same late time .05 hr. 01/10/2017 .05 hr late 01/10/2018 late .05 hr late, 01/29/2017 .05 hr late, 01/29/2018 .05 late. Hr and management team knowingly misrepresented time line of dates.   Occurrances for final 02/28/2018 at this date occurrance total 7.5 with in a 12 month period backward rolling? HCA continued scheduling assignment. I had no room for error with how the dates for occurrances were applied. document of email conversation regarding time off requested in shiftboard created by admin responsible for responding to requests and approved in shiftboard.

Once again, I thank you for   reviewing documents showing the lengths the respondents have gone creating a behavior violating attendance tardiness policy in a irresponsible manner, when facts reported to managers including HR, was placed in violation.

Respectfully,

Cheriann DeLeon

COLORADO DIVISION
DEC 3 - 2019
OF CIVIL RIGHTS

List of Approved Cheri DeLeon FMLA run w/sick (D)

2017

| Name | Absence Number | Date of Absence | Absence Type | Absence Status | Hours Absent |
|---|---|---|---|---|---|
| Cheri A DeLeon | B607110606500143TC | 02/09/2017 | Employee Medical | Approved | 7 hrs 30 minutes |
| Cheri A DeLeon | B607110606500143TC | 02/10/2017 | Employee Medical | Approved | 7 hrs 30 minutes |
| Cheri A DeLeon | B607110606500143TC | 07/25/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B607110606500143TC | 07/27/2017 | Employee Medical | Approved | 1 hrs 30 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/13/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/14/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/15/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/16/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/17/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/20/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/21/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/22/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/23/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/24/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/27/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 02/28/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/01/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/02/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/03/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/06/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/07/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/08/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/09/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/10/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/13/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/14/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/15/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/16/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/17/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/20/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/21/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/22/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/23/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/24/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/27/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/28/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/29/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/30/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 03/31/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/03/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/04/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/05/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/06/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/07/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/10/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/11/2017 | Employee Medical | Approved | 8 hrs 0 minutes |

| | | | | | |
|---|---|---|---|---|---|
| Cheri A DeLeon | B702140606500062TC | 04/12/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/13/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/14/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/17/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/18/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/19/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/20/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/21/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/24/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/25/2017 | Employee Medical | Approved | 8 hrs 0 minutes |
| Cheri A DeLeon | B702140606500062TC | 04/26/2017 | Employee Medical | Approved | 8 hrs 0 minutes |



Removed from Schedule in 01/2017

**From: Cheri DeLeon deleon.cher@icloud.com**
**Subject: Re: Schedule / Feb**
**Date: Feb 2, 2017 at 09:24:30**
**To: Tammy.Wise@healthonecares.com**

I have and now waiting to hear back, wish this concern
would have been mentioned sooner.

Thank you


Sent from my iPhone

> On Feb 2, 2017, at 9:12 AM,
> Tammy.Wise@HealthONEcares.com
>
> Hi Cheri,
>
> Please return HR's phone call so they can ask any
> questions they might have.  We will continue to work on
> scheduling you but we recommend you touch base with
> your physician to ensure your leave is classified correctly.
>   We want to make sure your physician knows of the
> problems you mentioned to us in January.  Your safety is
> our first concern.
>
> Thank you,
>
>
> **Tammy Wise | Float Pool Manager**

Dec. 3. 2019  5:40PM

Date: 9 / 8 / 17



## MOTUS
Mountain Orthopaedics
Trauma Surgeons at Swedish

# Fitness – To- Return Certification

| Patient's Name: | DeLeon, Cheriann | DOB: 5/26/69 |
| --- | --- | --- |

I certify that the patient named above has been under my care for an Orthopaedic injury.

Date the condition began: 8/20/17

☐ Patient is able to work/attend school a full, regularly scheduled day with no restrictions beginning (date: _____.)

☒ Patient is unable to return for any work/school until (date: 9/ 35 /17 .)

☐Patient is able to return to work/school on a reduced schedule for _____ hours per day from _____ through _____.

☐ Patient is able to return to work/school with restrictions from _____ through _____.

## •Restrictions•

☐ No lifting or carrying objects over 5 pounds with ☐ Left Upper Extremity   ☐ Right Upper Extremity.

☐ Weight bearing as tolerated with ☐ Left Upper Extremity   ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Upper Extremity   ☐ Right Upper Extremity.

☐ No use, including repetitive motion of ☐ Left Upper Extremity   ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Lower Extremity   ☐ Right Lower Extremity.

☒ Touchdown weight bearing ☒ Left Lower Extremity   ☐ Right Lower Extremity.

☐ Weight bearing as tolerated on ☐ Left Lower Extremity   ☐ Right Lower Extremity.

☒ Requires the use of assistive aide to ambulate (crutches, walker, and/or wheel chair)

☐ _____

_____

☐ We will reevaluate patients status at next scheduled appointment: _____

*Steven J Morgan*

Steven J Morgan, MD FCS

*Wade R. Smith*

Wade R. Smith, MD FACS

701 E. Hampden Ave., Suite 515  Englewood, CO 80113  (t) 303-209-2503 (f) 303-761-0803  www.MotusSwedish.com

# August 2017

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| | | 8:30-4:30 | N/A | 8:30-4:30 | N/A | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | N/A | 8:30-4:30 | N/A | 8:30-4:30 | N/A | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| | N/A | 8:30-4:30 | N/A | 8:30-4:30 | N/A | |
| 20 | (21) | 22 | 23 | 24 | 25 | 26 |
| | N/A | 8:30-4:30 | N/A | 8:30-4:30 | N/A | |
| 27 | 28 | 29 | 30 | 31 | | |
| | N/A | 8:30-4:30 | N/A | 8:30-4:30 | | |

*write up was not scheduled*

**Name   Cheri DeLeon**
**Position  FOC**
**Zone preference   North area**
**Days not available type= <u>N/A</u>**
**Days available with no time restriction type= <u>Open</u>**
**Days available with time restriction type time available = <u>9am –
3:30pm</u>**

(example)

**Complete, save, and email to <u>floatpool@healthonecares.com</u> by August 5th.**

# August 2017

Cheri DeLeon
Pres198

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1 <br> 8:30 4:00 | 2 <br> N/A | 3 <br> 8:30 - 4:00 | 4 <br> N/A | 5 |
| 6 | 7 <br> N/A | 8 <br> 8:30 4:00 | 9 <br> N/A | 10 <br> 8:30 4:00 | 11 <br> N/A | 12 |
| 13 | 14 <br> N/A | 15 <br> 8:30 - 4:00 | 16 <br> N/A | 17 <br> 8:30 4:00 | 18 <br> N/A | 19 |
| 20 <br> FX LT <br> Freon | 21 <br> N/A | 22 <br> 8:30 4:00 | 23 <br> N/A | 24 <br> 8:0 - 4:00 | 25 <br> N/A | 26 |
| 27 | 28 <br> N/A | 29 <br> 8:30 4:00 | 30 <br> N/A | 31 <br> 8:30 - 4:00 | | |

# October 2017

## Name: Cheri        Position: FOC

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 | 2 *CBCI* *8:30-5* | 3 *CBCI* *8:30-5* | 4 *CBCI* *8:30-5* | 5 *CBCI* *8:30-5* | 6 *N/A* | 7 |
| 8 | 9 *CBCI* *8:30-5* | 10 *CBCI* *8:30-5* | 11 *CBCI* *8:30-5* | 12 *CBCI* *8:30-5* | 13 *CBCI* *8:30-5* | 14 |
| 15 | 16 *CBCI* *8:30-5* | 17 *CBCI* *8:30-5* | 18 *CBCI* *8:30-5* | 19 *CBCI* *8:30-5* | 20 *CBCI* *8:30-5* | 21 |
| 22 | 23 *CBCI* *8:30-5* | 24 *CBCI* *8:30-5* | 25 *CBCI* *8:30-5* | 26 *CBCI* *8:30-5* | 27 *CBCI* *8:30-5* | 28 |
| 29 | 30 *CBCI* *8:30-5* | 31 *CBCI* *8:30-5* | | | | |

Floatpool Assignment for month

This document is how our schedules, before
the shift board program (implemented 2018)

# October 2017

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 | 2 *Open* | 3 *Open* | 4 *Open* | 5 *Open* | 6 N/A | 7 |
| 8 | 9 *Open* | 10 *Open* | 11 *Open* | 12 *Open* | 13 *Open* | 14 |
| 15 | 16 *Open* | 17 *Open* | 18 *Open* | 19 *Open* | 20 *Open* | 21 |
| 22 | 23 *Open* | 24 *Open* | 25 | 26 *Open* | 27 *Open* | 28 |
| 29 | 30 *Open* | 31 *Open* | | | | |

**Name: Cheri        Position: FOC**

**Zone preference_____**
**Days not available type = N/A**
**Days available type = Open**
**Complete, save, and email to floatpool@healthonecares.com**
**by Sept. 5th**

Dec. 3. 2019  5:41PM  Date: 02.13. 2018                No. 3906  P. 13



(D)

## Fitness -- To- Return Certification

Patient's Name: CHERI DELEON          DOB: 052669

**I certify that the patient named above has been under my care for an Orthopaedic injury.**

Date the condition began: 02 08 18

☐ Patient is able to work/attend school a full, regularly scheduled day with no restrictions beginning (date: _____.)

☐ Patient is unable to return for any work/school until (date: _____.)

☐ Patient is able to return to work/school on a reduced schedule for _____ hours per day from_____ through_____

☐ Patient is able to return to work/school with restrictions from 02-19-2018 – 04-04-2018 through (6-8 WKS) _____

### ●Restrictions●

☐ No lifting or carrying objects over 5 pounds with ☐ Left Upper Extremity  ☐ Right Upper Extremity.

☐ Weight bearing as tolerated with ☐ Left Upper Extremity.  ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Upper Extremity  ☐ Right Upper Extremity.

☐ No use, including repetitive motion of ☐ Left Upper Extremity  ☐ Right Upper Extremity.

☐ No weight bearing on ☐ Left Lower Extremity  ☐ Right Lower Extremity.

☐ Touchdown weight bearing ☐ Left Lower Extremity  ☐ Right Lower Extremity.

☒ Weight bearing as tolerated on ☒ Left Lower Extremity  ☐ Right Lower Extremity.

☐ Requires the use of assistive aide to ambulate (crutches, walker, and/or wheel chair)

☐ _____

_____

☐ We will reevaluate patients status at next scheduled appointment: _____

Steven J Morgan, MD FACS                    Wade R. Smith, MD FACS

E. Hampden Ave · Suite 515 · Englewood · CO 80113 · (t) 303-209-2503 (f) · 3 · 31-9705 · www.OrthoONEDenver.com

HealthONE Physician Care™

# Float Pool Schedule–**February** 2018

**Name: __Cheri DeLeon_____     Position:__ Front Office_____**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
|  |  |  |  | 1 CBCI 8:30-5:00 | 2 CBCI 8:30-5:00 | 3 |
| 4 | 5 CBCI 8:30-5:00 | 6 Division 8-10:30 CBCI 11-5:00 | 7 NA | 8 NA | 9 NA | 10 |
| 11 | 12 NA | 13 NA | 14 NA | 15 NA | 16 NA | 17 |
| 18 | 19 CBCI 8:30-5:00 | 20 CBCI 8:30-5:00 | 21 CBCI 8:30-5:00 | 22 CBCI 8:30-5:00 | 23 CBCI 8:30-5:00 | 24 |
| 25 | 26 CBCI 8:30-5:00 | 27 CBCI 8:30-5:00 | 28 CBCI 8:30-5:00 |  |  |  |

*Signed in @ Health Services W/Flu Symptoms*

*← Writeup Received for 21-16/18*

## Zone preference_2___

## Days not available type = N/A

## Days available type = Open

## Complete, save, and email to floatpool@healthonecares.com

## by Jan. 5th

*This schedule is now as a floatpool PRN Received assignment ( Assigned by scheduler) Final Copy*

Health Physician Care™

# Float Pool Schedule-**February** 2018

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | |
| | | | 8:30-5:00/open | 8:30-5:00/open | | |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 8:30-5:00/open | 8:30-5:00/open | NA | NA | NA | |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| | NA | NA | NA | NA | NA | |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| | 8:30-5:00/open | 8:30-5:00/open | 8:30-5:00/open | 8:30-5:00/open | 8:30-5:00/open | |
| 25 | 26 | 27 | 28 | | | |
| | 8:30-5:00/open | 8:30-5:00/open | 8:30-5:00/open | | | |

**Name:** _____  **Position:** _____

**Zone preference** ____

**Days not available type = N/A**

**Days available type = Open**

**Complete, save, and email to floatpool@healthonecares.com**

**by Jan. 5th**

This document is the time as a Floatpool PRN request/days that are open for scheduled time

## DeLeon Cheriann

| | |
|---|---|
| **From:** | Velasquez Bridgette |
| **Sent:** | ~~Wednesday February 26, 2018 9:55 AM~~ |
| **To:** | DeLeon Cheriann |
| **Subject:** | FW: Cheri DeLeon |
| **Attachments:** | Resp & GI guidelines common language with matrix 11062017.docx |

**From: Fanning Julie**
~~Wednesday, February 21, 2018 5:08 PM~~
**To:** Velasquez Bridgette <Bridgette.Velasquez@healthonecares.com>; Bolin Tammy
<Tammy.Bolin@HealthONEcares.com>; Kosik Michelle <Michelle.Kosik@HealthONEcares.com>
**Subject:** Cheri DeLeon

Dear all,
I just saw Cheri DeLeon in my office. I believe she has influenza and sent her home. She is to see her PCP or urgent care
for further assessment and care. I've attached the Matrix PSL uses to determine ability to work. The first day Cheri is
eligible to work is 02.12.2018. Cheri reported she has surgery planned and will be off tomorrow through the 16th. I
encouraged her to call her surgeon with Dr's diagnosis. I asked Cheri to call and let me know her diagnosis. I will call her
tomorrow and we will make plan for reassessment by myself prior to Monday if her surgery is cancelled. Or if you want
her to stay off as planned PTO we can discuss that too.
I will keep you informed of my communication with Cheri.
Let me know if you have any questions.
Julie

**Julie Fanning, RN,BSN,MS**
Employee Health
Presbyterian / St Luke's Medical Center and
Rocky Mountain Hospital for Children
1719 E 19th Avenue
Denver, CO 80218
Phone: 720.754.6555
Fax: 720.754.6312
Julie.Fanning@healthonecares.com

Employee Health has new walk-in hours. Monday – Friday 0730-0900 and 1300-1400 every weekday except
Thursday. We close for the day at noon on Thursdays. All other times between 0700-1530 are blocked for
appointments.
For a work related injury including an exposure to blood or bodily fluids, you are encouraged to come to
Employee Health anytime between 0700-1530. Injury and exposures should be seen immediately after they
occur, preferably in Employee Health. Please don't delay your assessment and care until the end of the shift.


Presbyterian/St. Luke's Medical Center — Top Performer on Joint Commission Key Quality Measures™ 2011   Heart Attack • Heart Failure • Surgical Care

This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended
recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that
any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email
in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.

Dec. 3. 2019 5:42PM  No. 3906 P. 17

From: Maraone Christy
Sent: Wednesday, November 30, 2016 5:17 PM -This email has been modified to fit one page & is specific to staff illness only (not pt).
To: PSLM.DL Outlook Users <PSLM.DLOutlookUsers@HCAHealthcare.com>



Presbyterian/St. Luke's and Rocky Mountain Hospital for Children

# EMPLOYEE HEALTH



As we prepare for this years' respiratory season, we want to be sure everyone is aware of the guidelines that we will be following effective immediately through the end of the respiratory season. Not only is it critical that we protect our patients from respiratory viral illnesses by not working while ill, but it is also very important that we do not come to work sick and spread illness to our co-workers.

We are also seeing an increase in gastrointestinal (GI) illness (nausea, vomiting and diarrhea) in the community. Any employee who is ill with a GI illness MUST stay home until symptom free for 48 hours. All episodes of GI illness must be reported to Employee Health (Infection Prevention on weekends or evenings) and Employee Health will coordinate return to work.

Any employee that becomes ill, and needs to call in sick, will call their home department or the staffing office (if in a nursing department). Employees will no longer be required to call Employee Health Services for respiratory illness. Supervisors may call Employee Health for advice when it is appropriate for an employee to return to work, but Employee Health will no longer monitor respiratory illness cases. Please review *Respiratory Viral Illness Stay Home/RTW Guidelines for Staff and utilize as a guide.*

Effective Immediately, the following work restrictions must be strictly followed and strictly enforced:

All employees (regardless of job responsibility) must stay home from work when ill. NO EXCEPTIONS!

- All employees will need to follow facility policy when calling in sick. Call in to your department or to the staffing office, within the time frame outlined by policy. For example, at least 2 hours before your shift is to start.

- All Time Away From Work (TAFW) guidelines will be followed. If you miss a 4th scheduled shift, or over 7 calendar days, due to an illness, you will be required to call TAFW and initiate appropriate leave paperwork. You may be asked to provide a note from a physician. In some circumstances before returning to work. Notes will be maintained in the Employee Health Office.

- All employees will be required to stay home until fever free at least 24 hours (without the use of fever reducing medications such as Tylenol or ibuprofen). You may also be advised by Employee Health or your manager, following consult with EH, to stay home until it has been 6 days post onset of symptoms, including fever.

- Your supervisor may contact Employee Health or Infection Prevention if they have questions regarding an employee's ability to return to work

- Illness calls will be taken into consideration with the attendance and tardiness policy (HR.ER.001). If you have any questions regarding time missed by your employees, whether excused or unexcused, please call your HR business partner for assistance.

- Any employee with GI illness must remain off work until symptom free for 48 hours and coordinate return to work through Employee Health.

We must always remain vigilant to prevent the spread of flu and other viral illnesses to our patients, staff and visitors by adhering to the screening procedure for visitors and patients. If you have any questions about screening or isolation please call Infection Prevention at 720-754-8639

Employee Health may be called for return to work after GI symptoms at 720-754-8426. For respiratory illness call your supervisor first. Supervisors may consult with EH for guidance. (Contact Infection Prevention after hours and on weekends and holidays 720-754-8639.

It is everyone's responsibility to keep our patients and co-workers safe and healthy this respiratory viral season.

Thank you,
Cathy Hyland, Manager of Employee Health Services and Workers' Compensation
Emma Waymire, Infection Prevention Supervisor
Katie Cary, MPH MT (ASCP) CIC  VP of Quality Management & Infection Prevention
Karl Moore, MBA PHR VP of Human Resources

Dec. 3. 2019  5:42PM                                              No. 3906   P. 18

# PSL/RMHC Respiratory Viral Illness (including influenza)
## Stay at Home/Return to Work Guidelines for Staff 2017-2018

| | Respiratory Signs WITHOUT Fever | Respiratory Signs WITH Fever | Fever ONLY - No Respiratory Signs | Gastrointestinal (belly and bowels) Signs |
|---|---|---|---|---|
| **Symptoms (signs)** | • Runny nose<br>• Stuffy nose<br>• Cough<br>• Chest tightness/Wheezing<br>• Sputum(phlegm) production<br>• Sore throat<br>• Sneezing | • Fever - higher than 100.4<br>• Cough<br>• Sore throat<br>• Stuffy nose or runny nose<br>• Body or joint aches<br>• Very tired | Fever higher than 100.4 F | • Upset stomach/ nausea<br>• Throwing up/ Vomiting<br>• Liquid stool/ Diarrhea |
| **When you should stay home/not work** | **For all staff:** If you work in a clinical area and have contact with patients stay home if you have two or more of the above symptoms | **For all staff:** Must stay home if you have:<br>• Fever - 100.4 F<br>_AND_<br>• One of more of the above symptoms | **For all staff:** Must stay home if you have:<br>Fever - 100.4 F or higher | **For all staff:** Must stay home if you have one or more of the above signs |
| **1.** You are **NOT** allowed to wear masks when you have symptoms. | **Return to work once ALL of the following requirements are met:**<br>1. It has been at least 24 hours after start of signs or symptoms<br>2. Coughing, sneezing, nose blowing is less than 4 times per hour and will not interrupt patient care or work | **Return to work once ALL of the following requirements are met:**<br>1. It has been 6 days after onset of symptoms (with day of onset being day 1)<br>2. No fever for 24 hours<br>3. Coughing, sneezing, nose blowing is less than 4 times per hour and will not interrupt patient care of work | **Return to work once ALL of the following requirements are met:**<br>1. No fever for at least 24 hours | **Return to work once ALL of the following requirements are met:**<br>1. No signs for at least 48 hours. |

1. You are **NOT** allowed to wear masks when you have symptoms. If you need a mask to catch coughs, sneezes, or runny nose then you shouldn't work.
   For an accurate temperature you shouldn't have taken these medicines in the last 6 hours: Advil (ibuprofen) Tylenol (acetaminophen) Naprysn (naproxen). Many over the counter cold or flu medicines have one or more of these in it. When you take your temperature you should not have had any medicines in the last 4 hours
2. All Gastrointestinal (belly and bowels) illness should be cleared through EH or IP after hours.
3. Your Manager will coordinate your return to work. If a clinical **manager** has questions they may contact EH 720.754.6626, IP 720.754.6339, or page house super 303.831.1115. Non-clinical managers (i.e. FANS and EVS) may have their staff directly call or be seen during walk-in hours to EH for assessment.

# Disciplinary/Corrective Action Form

## Employee Information

| Cheri | DeLeon | Pne8199 | Front Office Coordinator PRN | 01/14/2014 |
|---|---|---|---|---|
| FIRST NAME | LAST NAME | 3/4 ID | JOB TITLE | DATE OF HIRE |

| Melissa Lauzon | HealthOne PSG | Float Pool | Float Pool Supervisor |
|---|---|---|---|
| REPORTING MANAGER | BUSINESS ENTITY | DEPT | REPORTING MGR'S JOB TITLE |

## Disciplinary / Corrective Action

**CATEGORY OF DISCIPLINARY ACTION** *(select all that apply)*:

☐ CONDUCT/BEHAVIOR   ☐ PERFORMANCE   ☒ ATTENDANCE   ☐ POLICY VIOLATION   ☐ ETHICS
☐ LICENSE/CERTIFICATION   ☐ PATIENT SAFETY   ☐ MEDICATION ERRORS   ☐ PHYSICIAN COMPLAINT

**LEVEL OF DISCIPLINARY ACTION**

☐ VERBAL   ☐ WRITTEN   ☐ FINAL WRITTEN   ☒ TERMINATION

Verbal 09/26/17 ,Written 10/11/17, Final Written 2/28/18
DATE(S) & LEVEL OF PRIOR RELATED DISCIPLINARY ACTION

☐ SUSPENSION *(if applicable)*:   _____ FROM   _____ TO

**DETAILED SUMMARY OF OFFENSE(S) LEADING TO THIS ACTION:**

Cheri Deleon is scheduled to work PRN. Cheri has violated the attendance and tardiness policy on the following dates:

- 08/21/2017   U (1) - Unscheduled Absence *unplanned event 8/20/2017 followed policy*
- 09/29/2017   U (1) - Unscheduled Absence *intervd by HCA Hel Floatpool*
- 01/10/2018   T (0.5) - Tardy *Could Not be Tardy on corrective action*
- 01/29/2018   T (0.5) - Tardy
- 02/05/2018   T (0.5) - Tardy *Surgery scheduled out for 2nd Surgery*
- 02/06/2018   Other (1) - Missed mandatory software training for Float Pool *out on scheduled TO*
- 02/21/2018   U (2) - Absence With less than 2 hours' Notice *out on Scheduled leave 2nd surgery*
- 08/03/2018   U (1) - Unscheduled Absence *approved email attached*

Cheri has a total of 7.5 occurrences.

**NEXT STEPS FOR THE EMPLOYEE THAT DID NOT MEET THE REQUIRED IMPROVEMENTS/EXPECTATIONS:**

Cheri has received three prior documented corrective actions related to her attendance, and in every instance was provided with a copy of the attendance policy. Cheri's lack of adherence to this policy will result in termination from HCA HealthONE.

**EMPLOYEE COMMENTS:** _____

_____

_____

## Signatures

rev. 11/14/2014                                        HR.ER.008a

## Signatures

**EMPLOYEE ACKNOWLEDGEMENT:** *I have read this document and have been given an opportunity to comment. My signature below acknowledges receipt of a copy of this document and does not imply agreement unless otherwise indicated. I understand that further disciplinary action may lead to termination of employment.*

| | |
|---|---|
| _Chris DeLeon_ | _4/28/18_ |
| EMPLOYEE SIGNATURE | DATE |

| | |
|---|---|
| _Melissa Large_ | _2/28/18_ |
| REPORTING MANAGER SIGNATURE | DATE |

☐   Employee elected to not sign this Disciplinary/Corrective Action Form

Dec. 3. 2019  5:43PM                                                    No. 3906   P. 2

## Disciplinary/Corrective Action Form

**Employee Information**

| Cheri | DeLeon | Pne8198 | Front Office Coordinator PRN | 1/14/2014 |
|---|---|---|---|---|
| FIRST NAME | LAST NAME | 3/4 ID | JOB TITLE | DATE OF HIRE |

| Melissa Lauzon | HealthOne PSG | Float Pool | Float Pool Supervisor |
|---|---|---|---|
| REPORTING MANAGER | BUSINESS ENTITY | DEPT | REPORTING MGR'S JOB TITLE |

**Disciplinary/Corrective Action**

**CATEGORY OF DISCIPLINARY ACTION** *(select all that apply)*:

☐ CONDUCT/BEHAVIOR ☐ PERFORMANCE ☒ ATTENDANCE ☐ POLICY VIOLATION ☐ ETHICS
☐ LICENSE/CERTIFICATION ☐ PATIENT SAFETY ☐ MEDICATION ERRORS ☐ PHYSICIAN COMPLAINT

**LEVEL OF DISCIPLINARY ACTION**

☐ VERBAL ☐ WRITTEN ☒ FINAL WRITTEN ☐ TERMINATION

Verbal warning 9-26-17, Written 10/11/17
DATE(S) & LEVEL OF PRIOR RELATED DISCIPLINARY ACTION

☐ SUSPENSION *(if applicable)*:

| FROM | TO |
|---|---|

**DETAILED SUMMARY OF OFFENSE(S) LEADING TO THIS ACTION:**

Cheri is scheduled to work on a PRN basis. Cheri has violated the attendance and tardiness policy on the following dates:

- 8/21/2017 – Unscheduled absence (call off) 1 occurrence
- 9/29/2017 – Unscheduled absence (call off) 1 occurrence
- 01/10/2018 - Tardy .5 occurrence
- 01/29/2018 - Tardy .5 occurrence
- 02/05/2018 - Tardy .5 occurrence
- 02/05/2018 - Unscheduled absence (call off) 1 occurrence
- 02/21/2018 - Absence With Out 2 hour notice (call off) 2 occurrence

*Carried over / policy / occurrences from 2017 / revolve 12 months*

*Flu Symptom / Employee Health / Sent home*

Cheri now has 6.5 total occurrences.  *- 2 would leave me @ 4.5 -*

**REQUIRED CORRECTIVE ACTION AND EXPECTATIONS GOING FORWARD:**

Adhere to the Attendance and Tardiness policy.

**NEXT STEPS IF THE EMPLOYEE DOES NOT MEET THE REQUIRED IMPROVEMENTS/EXPECTATIONS:**

Failure to demonstrate immediate, significant and sustained improvement will result in additional disciplinary action, up to and possibility including termination of employment.

**EMPLOYEE COMMENTS:** *Removed from CBCI per higher up wanting me moved - Per need*

rev. 11/14/2014                                                    HR.ER.008a

**EMPLOYEE ACKNOWLEDGEMENT:** *I have read this document and have been given an opportunity to comment. My signature below acknowledges receipt of a copy of this document and does not imply agreement unless otherwise indicated. I understand that further disciplinary action may lead to termination of employment.*

| | | | |
|---|---|---|---|
| _____ | 10·11·17 | _____ | 10·11·17 |
| EMPLOYEE SIGNATURE | DATE | REPORTING MANAGER SIGNATURE | DATE |

☐   Employee elected to not sign this Disciplinary/Corrective Action Form

[2]

# Disciplinary/Corrective Action Form

## Employee Information

| | | | | | |
|---|---|---|---|---|---|
| Cheri | Dalson | Pne819B | Front Office Coordinator PRN | 1/14/2014 | |
| FIRST NAME | LAST NAME | 3/4 ID | JOB TITLE | DATE OF HIRE | |
| Tammy Wise | HealthOne PSG | Float Pool | Float Pool Manager | | |
| REPORTING MANAGER | BUSINESS ENTITY | DEPT | REPORTING MGRS JOB TITLE | | |

## Disciplinary / Corrective Action

**CATEGORY OF DISCIPLINARY ACTION** (select all that apply):

☐ CONDUCT/BEHAVIOR   ☐ PERFORMANCE   ☒ ATTENDANCE   ☐ POLICY VIOLATION   ☐ ETHICS
☐ LICENSE/CERTIFICATION   ☐ PATIENT SAFETY   ☐ MEDICATION ERRORS   ☐ PHYSICIAN COMPLAINT

**LEVEL OF DISCIPLINARY ACTION**

☐ VERBAL   ☒ WRITTEN   ☐ FINAL WRITTEN   ☐ TERMINATION

Verbal warning 9-28-17
DATE(S) & LEVEL OF PRIOR RELATED DISCIPLINARY ACTION

☐ SUSPENSION (if applicable): _____ FROM _____ TO _____

**DETAILED SUMMARY OF OFFENSE(S) LEADING TO THIS ACTION:**

Cheri is scheduled to work on a PRN basis.  Cheri has violated the attendance and tardiness policy on the following dates:

- 1/9/2017 – Tardy (arrived at 9:27am for 8:30 start) .5 occurrence
- 1/10/2017 – Tardy (arrived at 8:52am for 8:30 start) .5 occurrence
- 1/12/2017 – Absence without notice (call off less than 2 hour notice), 2 occurrences
- 1/19/2017 – Unscheduled absence (call off) 1 occurrence
- 8/21/2017 – Unscheduled absence (call off) 1 occurrence
- 9/29/2017 – Unscheduled absence (call off) 1 occurrence

Cheri now has 6 total occurrences.

**REQUIRED CORRECTIVE ACTION AND EXPECTATIONS GOING FORWARD:**

Adhere to the Attendance and Tardiness policy.

**NEXT STEPS IF THE EMPLOYEE DOES NOT MEET THE REQUIRED IMPROVEMENTS/EXPECTATIONS:**

Failure to demonstrate immediate, significant and sustained improvement will result in additional disciplinary action, up to and possibly including termination of employment.

**EMPLOYEE COMMENTS:** I have signed this document to acknowledge the unscheduled injury per Tammy/Policy. I Do NOT agree with how this write up has affected my employment with HealthOne PSG, moving forward I can hope not to have anything

rev. 11/14/2014   unscheduled affect my assignments.          HR.ER.008a

**EMPLOYEE ACKNOWLEDGEMENT:** *I have read this document and have been given an opportunity to comment. My signature below acknowledges receipt of a copy of this document and does not imply agreement unless otherwise indicated. I understand that further disciplinary action may lead to termination of employment.*

_____     9-26-17     _____     9-26-17
EMPLOYEE SIGNATURE                 DATE          REPORTING MANAGER SIGNATURE          DATE

☐   Employee elected to not sign this Disciplinary/Corrective Action Form

**Time Off Request**

**From: HealthOne PSG Float Pool - Denver (do not reply)** do-not-reply@shiftboard.com

**To: Cheri DeLeon** cherid@live.com

**A Time Off Request has been Created:**

https://www.shiftboard.com/servola/pto/pto.cgi?list_pto=1&status=0

**Created by Sarah Regan**

**Need Help? Please call 303-584-8208 or email floatpool@healthonecares.com**

**Sent by HealthOne PSG Float Pool - Denver (HCA Healthcare, Inc.)**

https://www.shiftboard.com/HCAHealthcare

**powered by Shiftboard<http://www.shiftboard.com>**

**Time Off Request**

**From:** **HealthOne PSG Float Pool - Denver (do not reply) do-not-reply@shiftboard.com**
**To:** **Cheri DeLeon cherid@live.com**
**Date:** **Friday, August 3, 06:20**

**A Time Off Request has been Approved:**

**https://www.shiftboard.com/servola/pto/pto.cgi?list_pto=1&status=2**

**Approved by Sarah Regan**

**Unscheduled Absence**

COLORADO DIVISION

DEC 3 - 2019

OF CIVIL RIGHTS

**Need Help? Please call 303-584-8208 or email floatpool@healthonecares.com**

**Sent by HealthOne PSG Float Pool - Denver (HCA Healthcare, Inc.)**

**https://www.shiftboard.com/HCAHealthcare**

**powered by Shiftboard<http://www.shiftboard.com>**

# COMPLAINT OF DISCRIMINATION

The Privacy Act of 1974 affects this form.
See Privacy Act Statement before completing this form.

EEOC Complaint No.

CCRD Complaint No.
FE2019351433

## COLORADO CIVIL RIGHTS DIVISION AND EEOC

| Name *(Complainant)* Cheriann DeLeon | | **(Area Code) Telephone** (303) 434-1234 |
|---|---|---|
| Street Address 1164 W. 96th Pl. | City, State, and Zip Code Thornton, CO 80260 | County Adams |

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name *(Respondent)* HCA Management Services, L.P. | Number of Employees 15+ | **(Area Code) Telephone** (303) 788-2500 |
|---|---|---|
| Street Address 7700 E. Arapahoe Rd. | City, State, and Zip Code Centennial, CO 80112 | County Arapahoe |

| Discrimination Based on: Disability (Mental, Physical); Retaliation | Date Most Recent Discrimination Occurred August 24, 2018 |
|---|---|

**I.    Jurisdiction**: The Colorado Civil Rights Division has jurisdiction over the subject matter of this charge; that each named Respondent is subject to the jurisdiction of the Colorado Civil Rights Division and is covered by the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, et. seq.), as reenacted.

**II.   Personal Harm**: In or about August, 2018, prior thereto and continuing, I was harassed based on my disabilities (anxiety, cancer) and/or in retaliation for engaging in protected activity. On or around August 7, 2018, I was disciplined based on my protected class. On or about August 24, 2018, I was discharged based on my protected class and/or in retaliation for engaging in protected activity.

**III.  Respondent's Position:** Unknown.

**IV.   Discrimination Statement:** I believe I was harassed and discharged because of my mental disability (anxiety; cancer) in violation of the Colorado Anti-Discrimination Act (CADA). 1) I began employment with the Respondent in or around January 2014 as a Front Office Coordinator. I performed my job duties satisfactorily at all times. 2) In or around February 2017, I took intermittent FMLA for anxiety-related issues because I am a cancer survivor. 3) On or around July 25, 2017, I returned to work and since then have been subjected to a hostile work environment. 4) On or around August 24, 2018 and prior thereto, I was constantly called to meet with Human Resources ("HR") and told to discuss why I felt I was improving at work or to reprimand me. For example, on or around August 7, 2018, I received a warning for missing a shift even though the event was pre-approved. I told HR that I felt I was being targeted due to my mental disability. 3) On or around August 24, 2018, I was discharged. 4) I believe I was discriminated against based on my protected classes and/or in retaliation for engaging in protected activity.

**V.    WHEREFORE:** The Complainant prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date                                 Complainant (Signature)

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: **Denver Field Office**
**303 East 17th Avenue**
**Suite 410**
**Denver, CO 80203**

Date **October 16, 2018**
EEOC Charge No.
**32A-2019-00038**
FEPA Charge No.
**FE2019351433**

CHARGE TRANSMITTAL

SUBJECT:

**Cheriann DeLeon**           v.           **HCA MANAGEMENT SERVICES, L.P.**

_Charging Party_                                _Respondent_

Transmitted herewith is a charge of employment discrimination initially received by the:

☐ EEOC     ☒     **Colorado Civil Rights Division**     on     **Oct 09, 2018**

_Name of FEPA_                                _Date of Receipt_

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☒ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives

☐ No waiver requested          ☐ FEPA will investigate the charge initially

_Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge._

Typed Name and Title of EEOC or FEPA Official
**Aubrey Elenis, Director**

Signature/Initials

---

**Cheriann DeLeon**           v.           **HCA MANAGEMENT SERVICES, L.P.**

_Charging Party_                                _Respondent_

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

Typed Name and Title of EEOC or FEPA Official
**Elizabeth Cadle, District Director**

Signature/Initials

TO: **Colorado Civil Rights Division**
**1560 Broadway Street**
**Suite 1050**
**Denver, CO 80202**

Date **October 16, 2018**
EEOC Charge No.
**32A-2019-00038**
FEPA Charge No.
**FE2019351433**

EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| | **Cheriann DeLeon** |
| **HCA MANAGEMENT SERVICES, L.P.**<br>**4900 S. Monaco Street, Suite 380**<br>**Denver, CO 80237** | THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**32A-2019-00038** |
| | FEPA CHARGE NO.<br>**FE2019351433** |

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act (Title VII)　　[ ] The Equal Pay Act (EPA)　　[X] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)　　[ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____
*(FEP Agency)*

[X] The　**Colorado Civil Rights Division**　_____ and sent to EEOC for dual filing purposes.
*(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC.  This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s):  Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race　[ ] Color　[ ] Sex　[ ] Religion　[ ] National Origin　[ ] Age　[X] Disability　[X] Retaliation　[ ] Genetic Information　[ ] Other

**See enclosed copy of charge of discrimination.**

| Date<br><br>**October 16, 2018** | Name / Title of Authorized Official<br><br>**Elizabeth  Cadle,**<br>**District Director** | Signature |
|---|---|---|