IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 20-cv-1208-WJM-KLM

CHERIANN DELEON,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC.

    Defendants.

_____

ORDER ADOPTING JANUARY 7, 2021 RECOMMENDATION OF
MAGISTRATE JUDGE GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT
_____

    This matter is before the Court on the January 7, 2021 Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 19) that Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 11) be granted and Claim Two from Plaintiff's Amended Employment Discrimination Complaint be dismissed without prejudice.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 19 at 8.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only

satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 19) is ADOPTED in its entirety;

(2) Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 11) is GRANTED; and

(3) Claim Two of Plaintiff's Amended Employment Discrimination Complaint (ECF No. 5) is DISMISSED WITHOUT PREJUDICE.

Dated this 2nd day of February, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge